Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-4735
Facsimile: (858) 678-5099

Attorneys for Plaintiffs
BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.

FILED
08 JAN 22 PM 4:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0122 W LSP

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE LIMITED,<br><br>Defendant. | Civil Case No.<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**FILE BY FAX** |

Pursuant to Local Civil Rule 40.2:

1. Plaintiff Buzztime Entertainment, Inc. states that it is a wholly owned subsidiary of NTN Buzztime, Inc. NTN Buzztime, Inc. is a publicly held company.

2. Plaintiff NTN Buzztime, Inc. states that more than 10% of its stock is owned by the publicly held company Fidelity National Financial, Inc.

DATED: January 22, 2008

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Lisa M. Martens
Lisa M. Martens
Andrew M. Abrams

Attorneys for Plaintiffs
BUZZTIME ENTERTAINMENT, INC. and
NTN BUZZTIME, INC.

10798895.doc

2

Notice of Party with Financial Interest
Case No.