AO 440 (Rev. 10/93) Summons in a Civil Action

FILED

08 JAN 23 AM 11:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE LIMITED,<br><br>Defendant. | SUMMONS IN A CIVIL CASE<br><br>Case Number:<br><br>**'08 CV 0122 W LSP**<br><br>FILE BY FAX |

TO:

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (names and address)

    Lisa M. Martens
    Andrew M. Abrams
    Fish & Richardson P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Tel: 858-678-5070
    Fax: 858-678-5099

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. Samuel Hamrick, Jr.                                JAN 2 3 2008
Clerk                                                  Date

J. PARIS

(By) Deputy Clerk