AO 440 (Rev. 10/93) Summons in a Civil Action

FILED
08 FEB 25 PM 2:50

BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.

Plaintiffs,

v.

SONY COMPUTER ENTERTAINMENT EUROPE LTD and SONY COMPUTER ENTERTAINMENT AMERICA, INC.

Defendant.

SUMMONS IN A CIVIL CASE
On Amended Complaint

Case Number: 08 CV 0122 W LSP
BY: CP    DEPUTY

TO:

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (names and address)

Lisa M. Martens
Andrew M. Abrams
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: 858-678-5070
Fax: 858-678-5099

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. Samuel Hamrick, Jr.
Clerk


C. PUTMANN

(By) Deputy Clerk

Date 2/22/08