Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-4735
Facsimile:  (858) 678-5099

Attorneys for Plaintiffs
BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE LIMITED,<br><br>Defendant. | Case No. 08 CV 0122 W LSP<br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT** |

10816307.doc

1                                                    Case No. 08 CV 0122 W LSP

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): FISH & RICHARDSON, P.C. LISA M. MARTENS, ESQ., 195824 12390 EL CAMINO REAL SAN DIEGO, CA 92130 | TELEPHONE NO: (858) 678-5070 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | Ref. No. or File No. NICOLE/17854-001LL1 | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
880 FRONT STREET - SUITE 4290
SAN DIEGO, CA 92101

PLAINTIFF:
BUZZTIME

DEFENDANT:
SONY

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 08 CV 0122 W LSP |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; NOTICE OF PARTY WITH FINANCIAL INTEREST

ON: SONY COMPUTER ENTERTAINMENT EUROPE, LTD.

AT 2730 GATEWAY OAKS DRIVE, SUITE 100
SACRAMENTO, CA 95833

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
BECKY DEGEORGE, - AGENT FOR SERVICE OF PROCESS

ON: 02/28/2008
AT: 01:15 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: $49.50
  Registered California process server.
  County: SACRAMENTO
  Registration No.: 2002-17
  Diversified Legal Services, Inc.
  4665 Park Blvd
  San Diego, CA 92116
  6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 5, 2008** at SACRAMENTO California.

Signature: _____
STEPHANIE BARBER 90311

**PROOF OF SERVICE**

Order#: 90311/GProof39

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| FISH & RICHARDSON, P.C.<br>LISA M. MARTENS, ESQ., 195824<br>12390 EL CAMINO REAL<br>SAN DIEGO, CA 92130 | (858) 678-5070 | |
| ATTORNEY FOR (Name): | Ref. No. or File No.<br>NICOLE/17854-001LL1 | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
880 FRONT STREET - SUITE 4290
SAN DIEGO, CA 92101

PLAINTIFF:
BUZZTIME

DEFENDANT:
SONY

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08 CV 0122 W LSP |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; NOTICE OF PARTY WITH FINANCIAL INTEREST

ON: SONY COMPUTER ENTERTAINMENT AMERICA, INC.

AT 2730 GATEWAY OAKS DRIVE, SUITE 100
SACRAMENTO, CA 95833

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
BECKY DEGEORGE, - AGENT FOR SERVICE OF PROCESS

ON: 02/28/2008
AT: 01:15 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: $49.50
Registered California process server.
County: **SACRAMENTO**
Registration No.: 2002-17
Diversified Legal Services, Inc.
4665 Park Blvd
San Diego, CA 92116
6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 5, 2008** at SACRAMENTO California.

Signature: _____
STEPHANIE BARBER 90314

PROOF OF SERVICE

Order#: 90314/GProof39