```
1   TOWNSEND AND TOWNSEND AND CREW LLP
    JAMES G. GILLILAND, JR.  (State Bar No. 107988
2   jggilliand@townsend.com
    TIMOTHY R. CAHN  (State Bar No. 162136)
3   trcahn@townsend.com
    MEGAN M. CHUNG  (State Bar No. 232044)
4   mmchung@townsend.com
    Two Embarcadero Center, 8th Floor
5   San Francisco, CA 94111
    Telephone:  (415) 576-0200
6   Facsimile:  (415) 576-0300

7   TOWNSEND AND TOWNSEND AND CREW LLP
    IRIS SOCKEL MITRAKOS  (State Bar No. 190162)
8   ismitrakos@townsend.com
    ELHAM FIROUZI  (State Bar No. 250312)
9   efirouzi@townsend.com
    12730 High Bluff Drive, Suite 400
10  San Diego, California 92130
    Telephone:  (858) 350-6100
11  Facsimile:  (858) 350-6111

12  Attorneys for Defendant
    SONY COMPUTER ENTERTAINMENT AMERICA INC.
13
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE LTD. and SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>    Defendants. | **Case No.  08 CV 0122 W LSP**<br><br>**JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND** |

1  IT IS HEREBY STIPULATED by counsel that the date on which Defendant Sony Computer
2  Entertainment America Inc. ("SCEA") must answer or otherwise respond to the First Amended
3  Complaint is extended from March 19, 2008 to March 31, 2008.  Good cause exists for the extension
4  to allow Defendant SCEA additional time to investigate and prepare a response to the First Amended
5  Complaint and to allow the parties time to explore resolution of the matter prior to SCEA's response
6  becoming due.

7  DATED:  March 19, 2008          FISH & RICHARDSON, P.C.

9                                  By:/s/ Lisa M. Martens
                                       Lisa M. Martens
10                                     martens@fr.com
                                       Andrew M. Abrams
11                                     abrams@fr.com
                                       Attorneys for Plaintiffs
12                                     BUZZTIME ENTERTAINMENT, INC. and NTN
                                       BUZZTIME, INC.

14  DATED:  March 19, 2008          TOWNSEND AND TOWNSEND AND CREW LLP

16                                  By:/s/ Iris Sockel Mitrakos
                                       Iris Sockel Mitrakos
17                                     ismitakos@townsend.com
                                       Elham Firouzi
18                                     efirouzi@townsend.com
                                       Attorneys for Defendant
19                                     SONY COMPUTER ENTERTAINMENT AMERICA INC.

61315574 v1

- 1 -
Joint Motion To Extend Time To Answer Or Otherwise Respond
Case No. 08 CV 0122 W LSP