UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. et. al.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE LTD., et. al.,<br><br>　　　　　　　Defendant. | CASE NO. 08-CV-0122 W (LSP)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND (Doc. No. 7.)** |

　　　On February 22, 2008 Plaintiffs Buzztime Entertainment, Inc. et. al. ("Plaintiffs") filed an amended complaint against Defendants Sony Computer Entertainment Europe, et. al. ("Defendants"). (Doc. No. 4.) On March 19, 2008 both parties stipulated to an extension of time for Defendants to answer or respond to the complaint. (Doc. No. 7.) Good cause showing, the Court **GRANTS** the parties' joint motion and extends Defendants' time to answer or respond to the complaint until **March 31, 2008**.

　　　**IT IS SO ORDERED.**

DATED: March 19, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BUZZTIME ENTERTAINMENT, INC. et. al., <br><br>                   Plaintiff, <br><br> vs. <br><br> SONY COMPUTER ENTERTAINMENT EUROPE LTD., et. al., <br><br>                   Defendant. | CASE NO. 08-CV-0122 W (LSP) <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND (Doc. No. 7.)** |
|---|---|

On February 22, 2008 Plaintiffs Buzztime Entertainment, Inc. et. al. ("Plaintiffs") filed an amended complaint against Defendants Sony Computer Entertainment Europe, et. al. ("Defendants"). (Doc. No. 4.) On March 19, 2008 both parties stipulated to an extension of time for Defendants to answer or respond to the complaint. (Doc. No. 7.) Good cause showing, the Court **GRANTS** the parties' joint motion and extends Defendants' time to answer or respond to the complaint until **March 31, 2008**.

**IT IS SO ORDERED.**

DATED: March 19, 2008

_____
Hon. Thomas J. Whelan
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. et. al., <br><br> Plaintiff, <br><br> vs. <br><br> SONY COMPUTER ENTERTAINMENT EUROPE LTD., et. al., <br><br> Defendant. | CASE NO. 08-CV-0122 W (LSP) <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND (Doc. No. 7.)** |

On February 22, 2008 Plaintiffs Buzztime Entertainment, Inc. et. al. ("Plaintiffs") filed an amended complaint against Defendants Sony Computer Entertainment Europe, et. al. ("Defendants"). (Doc. No. 4.) On March 19, 2008 both parties stipulated to an extension of time for Defendants to answer or respond to the complaint. (Doc. No. 7.) Good cause showing, the Court **GRANTS** the parties' joint motion and extends Defendants' time to answer or respond to the complaint until **March 31, 2008**.

**IT IS SO ORDERED.**

DATED: March 19, 2008

_____
Hon. Thomas J. Whelan
United States District Judge

- 1 -

08cv0122W

|   |   |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. et. al., <br><br> Plaintiff, <br><br> vs. <br><br> SONY COMPUTER ENTERTAINMENT EUROPE LTD., et. al., <br><br> Defendant. | CASE NO. 08-CV-0122 W (LSP) <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND (Doc. No. 7.)** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

On February 22, 2008 Plaintiffs Buzztime Entertainment, Inc. et. al. ("Plaintiffs") filed an amended complaint against Defendants Sony Computer Entertainment Europe, et. al. ("Defendants"). (Doc. No. 4.) On March 19, 2008 both parties stipulated to an extension of time for Defendants to answer or respond to the complaint. (Doc. No. 7.) Good cause showing, the Court **GRANTS** the parties' joint motion and extends Defendants' time to answer or respond to the complaint until **March 31, 2008**.

**IT IS SO ORDERED.**

DATED: March 19, 2008

_____
Hon. Thomas J. Whelan
United States District Judge