1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR.  (State Bar No. 107988)
2  jggilliland@townsend.com
   TIMOTHY R. CAHN  (State Bar No. 162136)
3  trcahn@townsend.com
   MEGAN M. CHUNG  (State Bar No. 232044)
4  mmchung@townsend.com
   Two Embarcadero Center, 8th Floor
5  San Francisco, California 94111
   Telephone:  (415) 576-0200
6  Facsimile:   (415) 576-0300

7  TOWNSEND AND TOWNSEND AND CREW LLP
   IRIS SOCKEL MITRAKOS  (State Bar No. 190162)
8  ismitrakos@townsend.com
   ELHAM FIROUZI  (State Bar No. 250312)
9  efirouzi@townsend.com
   12730 High Bluff Drive, Suite 400
10 San Diego, California 92130
   Telephone:  (858) 350-6100
11 Facsimile:   (858) 350-6111

12 Attorneys for Defendant
   SONY COMPUTER ENTERTAINMENT AMERICA INC.
13

14               UNITED STATES DISTRICT COURT

15               SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC., | Case No.   08 CV 0122 W LSP |
| 17              Plaintiffs, | **DEFENDANT SONY COMPUTER ENTERTAINMENT AMERICA INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| 18       v. | |
| 19  SONY COMPUTER ENTERTAINMENT EUROPE LTD. and SONY COMPUTER ENTERTAINMENT AMERICA INC., | |
| 20 | Hon. Thomas J. Whelan |
| 21              Defendants. | |

Defendant Sony Computer Entertainment America Inc. ("SCEA") seeks an additional three-week extension, until April 21, 2008, within which to answer or otherwise respond to Plaintiffs' First Amended Complaint. The parties are attempting to schedule a face-to-face meeting between the principals to be held on April 15, 16, or 17. (Declaration of Timothy R. Cahn In Support of Ex Parte Application ("Cahn Decl.") at ¶ 4.) If the Court grants the requested extension, the meeting could occur prior to SCEA's preparing its response to the First Amended Complaint. The parties could focus their energies on early settlement talks and preserve litigation resources and potentially judicial resources as well. (Cahn Decl. ¶ 5.) The requested extension also would provide SCEA the additional time needed to conduct further investigation pertinent to Plaintiffs' claims. (*Id.*)

Plaintiffs filed the First Amended Complaint on February 22, 2008, and served SCEA on February 28, 2008. (Cahn Decl. ¶ 2.) Plaintiffs have yet to serve the European defendant, Sony Computer Entertainment Europe Ltd. (*Id.*) Shortly after SCEA was served, SCEA counsel contacted Plaintiffs' counsel to arrange a face-to-face meeting between responsible representatives of Plaintiffs and SCEA. (*Id.*) The parties attempted to schedule the in-person meeting in mid-March, but, owing to busy schedules, these first attempts did not succeed. (*Id.*) SCEA sought Plaintiffs' agreement to a thirty-day extension of time to respond to facilitate the parties' meeting. (*Id.* ¶ 3.) Plaintiffs, however, would only agree to a ten-day extension. The parties filed a Joint Motion for a ten-day extension in part "to allow the parties time to explore resolution of the matter prior to SCEA's response." (Joint Motion to Extend Time to Answer or Otherwise Respond, Dkt. No. 7, at 1.) The Court granted the Joint Motion, and SCEA's response is currently due on March 31, 2008. (Order Granting Joint Motion to Extend Time to Answer or Otherwise Respond, Dkt. No. 8, at 1.)

The original ten-day extension was insufficient time to prepare and coordinate the principals' busy schedules for a productive face-to-face meeting. (Cahn Decl. ¶ 4.) Accordingly, after filing the Joint Motion, the parties continued to seek a date for the meeting. SCEA asked for available dates during the weeks of April 7 and April 14. Plaintiffs thereafter proposed April 15, 16, or 17, and SCEA is attempting to confirm one of these dates for its company representative. (*Id.*)

Prior to bringing this Motion, counsel met and conferred via telephone and email correspondence with counsel for Plaintiffs. (Cahn Decl. ¶ 6.) According to Plaintiffs' counsel,

- 1 -

1  Plaintiffs would agree to a further extension *for SCEA* only if a separate, foreign defendant, Sony
2  Computer Entertainment Europe Ltd., agrees to waive service. (*Id.*) Plaintiffs are seeking to hold
3  hostage SCEA's reasonable, justified request for an extension to try to coerce a service agreement with
4  another party. Not only is this illogical -- Sony Computer Entertainment Europe Ltd. is a separate
5  company and SCEA cannot control the European defendant's decisions regarding service -- it is
6  inconsistent with the parties' agreed, stated purpose in seeking the original extension. Plaintiffs now
7  contend that they agreed to the original extension only to allow the European defendant time to
8  consider Plaintiffs' service-waiver proposal, even though the parties' Joint Motion explicitly stated the
9  purpose of the extension was to facilitate settlement discussions between Plaintiffs and SCEA. (*Id.*)

10       Regardless of Plaintiffs' purported rationale for opposing this request, a brief extension is
11  clearly warranted here for the same reasons that the parties sought, and received, the original one: to
12  reduce litigation expenses during a limited period while SCEA and Plaintiffs seek an early resolution,
13  without prejudicing SCEA's preparation of a response. Moreover, this application is not made for the
14  purpose of delay, and, because Plaintiffs have yet to serve the other defendant in this litigation, there
15  can be no possible delay to the case schedule. Accordingly, SCEA respectfully requests its deadline to
16  answer or otherwise respond to the First Amended Complaint be extended to April 21, 2008.

18  DATED: March 26, 2008       Respectfully submitted,

19                                         TOWNSEND AND TOWNSEND AND CREW LLP

21                                         By: /s/ Timothy R. Cahn
22                                             James G. Gilliland, Jr.
                                           Timothy R. Cahn
23                                             Megan M. Chung
                                           Iris Sockel Mitrakos
                                           Elham Firouzi

                                           Attorneys for Defendant
25                                             SONY COMPUTER ENTERTAINMENT AMERICA INC.

26  61319869 v1