TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
jggilliland@townsend.com
TIMOTHY R. CAHN (State Bar No. 162136)
trcahn@townsend.com
MEGAN M. CHUNG (State Bar No. 232044)
mmchung@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

TOWNSEND AND TOWNSEND AND CREW LLP
IRIS SOCKEL MITRAKOS (State Bar No. 190162)
ismitrakos@townsend.com
ELHAM FIROUZI (State Bar No. 250312)
efirouzi@townsend.com
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE LTD. and SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>Defendants. | Case No. 08 CV 0122 W LSP<br><br>**DECLARATION OF TIMOTHY R. CAHN IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Hon. Thomas J. Whelan |

I, Timothy R. Cahn, declare as follows:

1. I am licensed to practice law in the State of California and am an attorney at the law firm of Townsend and Townsend and Crew LLP ("Townsend"), counsel of record for defendant Sony Computer Entertainment America Inc. ("SCEA" or "Defendant") in this matter. The following facts are within my personal knowledge unless otherwise indicated and, if called as a witness by the Court, I would be competent to testify to the matters set forth below.

2. Plaintiffs filed the First Amended Complaint on February 22, 2008, and served SCEA on February 28, 2008. Plaintiffs have not yet served the original, foreign defendant, Sony Computer Entertainment Europe Ltd. SCEA's original response date was March 19, 2008. Shortly after SCEA was served, I contacted Plaintiffs' counsel to try to arrange an in-person meeting in San Diego, California, between responsible persons for each of the parties. The date SCEA proposed, however, did not work for Plaintiffs, who in turn proposed other dates in mid-March. These, however, did not work for SCEA and its company representative.

3. While the parties were attempting to arrange this meeting, I requested from Plaintiffs' counsel a thirty-day extension of time for SCEA to answer or otherwise plead. Plaintiffs agreed only to a ten-day extension, and the Parties filed a Joint Motion. The Joint Motion's stated rationale in part was "to allow the parties time to explore resolution of the matter prior to SCEA's response." The Court granted the Joint Motion, and SCEA's response is currently due on March 31, 2008.

4. The original ten-day extension was insufficient time to prepare and coordinate the principals' busy schedules for a productive face-to-face meeting. The parties, thus, continued to explore alternate dates for an in-person meeting. SCEA asked for available dates and times during the weeks of April 7 and April 14. Plaintiffs responded with available times on April 15, 16, and 17. SCEA currently is seeking confirmation of its representative's availability during these times.

5. If the Court grants the requested extension, this meeting could occur prior to SCEA's preparing its response to the First Amended Complaint. Litigation and judicial resources, thus, would be preserved while the parties seek a resolution, and the parties could focus their energies on early settlement talks. The requested extension also would provide SCEA the additional time needed to conduct further investigation pertinent to Plaintiffs' claims.

- 1 -
DECL OF TIMOTHY R. CAHN IN SUPPORT OF EX PARTE APP FOR
EXT OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. 08 CV 0122 W LSP

6. On March 26, 2008, I telephoned and emailed Plaintiffs' counsel Lisa Martens to seek Plaintiffs' agreement to a further extension and to meet and confer about this Application. In an exchange of voicemail messages, I was informed that Plaintiffs would not agree to a further extension unless Defendant Sony Computer Entertainment Europe Ltd., a foreign company, agreed to waive service of the First Amended Complaint. Ms. Martens also stated in her voicemail message that Plaintiffs' reason for agreeing to the original extension was to allow the European defendant time to consider Plaintiffs' service-waiver proposal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 26th day of March, 2008.

_____
Timothy R. Cahn

61319880 v1