

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. et. al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE, LTD. et. al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 08-CV-0122 W (LSP)<br><br>ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND (Doc. No. 9) |

　　　On February 22, 2008 Plaintiffs Buzztime Entertainment, Inc. et. al. ("Plaintiffs") filed an amended complaint against Defendants Sony Computer Entertainment Europe, et. al. ("Defendants"). (Doc. No. 4.) On March 19, 2008 both parties stipulated to a time extension for Defendants to answer or respond to the complaint. (Doc. No. 7.) Defendant now moves for a further extension, citing a desire to meaningfully continue settlement talks with Plaintiff. (Doc. No. 9.) Good cause showing, the Court **GRANTS** the Defendants' motion and extends Defendants' time to answer or respond to the complaint until **April 21, 2008**.

　　　**IT IS SO ORDERED.**

Dated: April 1, 2008

　　　　　　　　　　　　　　　　　　　　　Hon. THOMAS J. WHELAN
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Southern District of California