Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-4735
Facsimile:  (858) 678-5099

Attorneys for Plaintiffs
BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE, LTD. and SONY COMPUTER ENTERTAINMENT AMERICA, INC.,<br><br>Defendants. | Case No. 08 CV 0122 W LSP<br><br>**CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT AND AMENDED COMPLAINT** |

10826071.doc

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons, Complaint and Amended Complaint was made by me [1] | DATE: 04/04/2008 |
| NAME OF SERVER (PRINT) DAVID ALLAN KRAMER | TITLE: Mr |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 10 GREAT MARLBOROUGH STREET, LONDON W1, ENGLAND.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left: ALBERT MARSHALL. LEGAL COUNSEL. SONY COMPUTER ENTERTAINMENTS EUROPE LIMITED.

☑ Return unexecuted: ITEMS SERVED EXHIBITED MARKED "DAK1"

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: $ 50 | SERVICES: $ 300 | TOTAL: $ 350 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the ~~United States of America~~ that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on: 8th April 2008
Date

Signature of Server

RE-SIGNED AND SWORN BY DAVID ALLAN KRAMER AT LONDON, ENGLAND, THIS 8th DAY OF APRIL 2008 BEFORE ME:

40 GOODWYN AVENUE, LONDON NW7, ENGLAND
Address of Server



[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.

D.N.L. FAWCETT
NOTARY PUBLIC
MY COMMISSION EXPIRES
WITH LIFE

Filed on behalf of Plaintiffs
Name of Deponent D.Kramer
No of Affidavit:1
No of exhibit(s):1
Date sworn: 8th April 2008

US DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA                    08 CV 0122 W LSP

..................................................

BUZZTIME ENTERTAINMENT, INC and
NTN BUZZTIME. INC

PLAINTIFFS

v

SONY COMPUTER ENTETAINMENT EUROPE LIMITED

DEFENDANTS

DOCUMENTS SERVED AT 10 GREAT MARLBOROUGH STREET, LONDON. WI, ENGLAND.:-

Summons in a civil case dated 23rd January 2008.
First Amended Complaint—Jury Trial Demanded dated 22nd February 2008.
Summons on Civil Case on Amended Complaint dated 22nd February 2008.
Complaint dated 23rd January 2008.
Notice of Parties with Financial Interest dated 23rd January 2008.
Civil Cover Sheet.

This is the exhibit marked "DAK1" referred to in the affidavit of David Allan Kramer

The    Eighth    day of  April    2008

Before me,

A Notary

D.N.L. FAWCETT
NOTARY PUBLIC
MY COMMISSION EXPIRES
WITH LIFE



DE PINNA
35 PICCADILLY
LONDON
W1J 0LJ
SCRIVENER NOTARIES