TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
jggilliand@townsend.com
TIMOTHY R. CAHN (State Bar No. 162136)
trcahn@townsend.com
MEGAN M. CHUNG (State Bar No. 232044)
mmchung@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

TOWNSEND AND TOWNSEND AND CREW LLP
IRIS SOCKEL MITRAKOS (State Bar No. 190162)
ismitrakos@townsend.com
ELHAM FIROUZI (State Bar No. 250312)
efirouzi@townsend.com
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SONY COMPUTER ENTERTAINMENT EUROPE LTD. and SONY COMPUTER ENTERTAINMENT AMERICA INC., <br><br> Defendants. | Case No. 08 CV 0122 W LSP <br><br> **JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND** |

1   Plaintiffs Buzztime Entertainment, Inc. and NTN Buzztime, Inc., and Defendants Sony Computer Entertainment America Inc. ("SCEA") and Sony Computer Entertainment Europe Ltd. ("SCEE"), hereby jointly move, through their counsel, for an Order to extend the time for SCEA and SCEE to answer or otherwise respond to the First Amended Complaint by approximately two weeks to Thursday, May 8, 2008. The principals of the parties met on April 17, 2008, to discuss settlement. The agreed extension would allow the parties to continue to focus on settlement discussions and to explore early resolution of the matter without distraction. It would also provide Defendants additional time to investigate and prepare a response to the First Amended Complaint.

This would be SCEE's first extension of time to respond to the First Amended Complaint.[1] On April 4, 2008, Plaintiffs delivered a copy of the summons and the First Amended Complaint to SCEE. The parties' joint motion extends the deadline for SCEE to respond by two weeks from April 24, 2008 to May 8, 2008.

The parties' joint motion also extends SCEA's deadline to respond from April 21, 2008 to May 8, 2008, thereby setting Defendants' response deadline for the same date. On March 20, 2008, this Court granted the parties' first joint motion to extend SCEA's deadline to respond to the First Amended Complaint. (Doc. No. 8.) SCEA thereafter filed an ex parte application for a further extension to allow the principals of the parties to meet face-to-face and focus on those settlement discussions, as well as to provide additional time for SCEA to investigate Plaintiffs' claims. (Doc. No. 9.) The Court granted SCEA's ex parte application on April 1, 2008. (Doc. No. 11.) Now, the parties have agreed to this third extension.

Good cause exists for this joint motion to allow the parties to meaningfully continue their settlement talks from the April 17 meeting, explore early resolution of this matter, and consolidate Defendants' deadlines to respond. This will reduce litigation expenses during a limited period and potentially save judicial resources with an early resolution. Moreover, this joint motion is not made for the purpose of delay since the case is in its early stages. Accordingly, the parties hereby

---

[1] Nothing in this joint motion acts as a waiver of Defendants' defenses, including jurisdictional defenses.

- 1 -

respectfully request that their joint motion to extend Defendants' time to answer or otherwise respond to the First Amended Complaint be granted.

DATED: April 18, 2008          FISH & RICHARDSON, P.C.


By:/s/ Lisa M. Martens
   Lisa M. Martens
   martens@fr.com
   Andrew M. Abrams
   abrams@fr.com
   Attorneys for Plaintiffs
   BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.


DATED: April 18, 2008          TOWNSEND AND TOWNSEND AND CREW LLP


By:/s/ Timothy R. Cahn
   TIMOTHY R. CAHN (State Bar No. 162136)
   trcahn@townsend.com
   MEGAN M. CHUNG (State Bar No. 232044)
   mmchung@townsend.com
   Attorneys for Defendant
   SONY COMPUTER ENTERTAINMENT AMERICA INC.

61344841 v1