1

2

3

4

5

6

7

8                                   **UNITED STATES DISTRICT COURT**

9                                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    BUZZTIME ENTERTAINMENT,                       CASE NO. 08-CV-0122 W (LSP)
      INC. et. al.,
12                                                  **ORDER GRANTING JOINT**
                                      Plaintiffs,   **MOTION TO EXTEND TIME**
13          vs.                                     **TO ANSWER OR OTHERWISE**
                                                    **RESPOND (Doc. No. 13)**
14    SONY COMPUTER
      ENTERTAINMENT EUROPE LTD.
15    et. al.,

16                                    Defendants.

17          On February 22, 2008 Plaintiffs Buzztime Entertainment, Inc. et. al. ("Plaintiffs")

18    filed an amended complaint against Defendants Sony Computer Entertainment Europe,

19    et. al. ("Defendants").  (Doc. No. 4.)  On April 18, 2008 both parties stipulated to an

20    extension of time for Defendants to answer or respond to the complaint.  (Doc. No. 13.)

21    Good cause showing, the Court **GRANTS** the parties' joint motion and extends

22    Defendants' time to answer or respond to the complaint until **May 8, 2008**.

23          **IT IS SO ORDERED.**

24

25    DATED:  April 21, 2008

26                                        _____

27                                        Hon. Thomas J. Whelan
                                          United States District Judge
28

                                            - 1 -                              08cv0122W

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv0122W