TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR.  (State Bar No. 107988)
jggilliand@townsend.com
TIMOTHY R. CAHN  (State Bar No. 162136)
trcahn@townsend.com
MEGAN M. CHUNG  (State Bar No. 232044)
mmchung@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300

TOWNSEND AND TOWNSEND AND CREW LLP
IRIS SOCKEL MITRAKOS  (State Bar No. 190162)
ismitrakos@townsend.com
ELHAM FIROUZI  (State Bar No. 250312)
efirouzi@townsend.com
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone:  (858) 350-6100
Facsimile:   (858) 350-6111

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE LTD. and SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>Defendants. | **Case No.  08 CV 0122 W LSP**<br><br>**JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND** |

1  Plaintiffs Buzztime Entertainment, Inc. and NTN Buzztime, Inc., and Defendants Sony
2  Computer Entertainment America Inc. ("SCEA") and Sony Computer Entertainment Europe Ltd.
3  ("SCEE"), hereby jointly move, through their counsel, for an Order to extend the time for SCEA and
4  SCEE to answer or otherwise respond to the First Amended Complaint by two weeks to Thursday,
5  May 22, 2008.  The principals of the parties met on April 17, 2008, to discuss settlement.  Since then,
6  the parties have continued to discuss settlement.  The agreed extension would allow the parties to
7  continue to focus on settlement discussions and to consider a settlement proposal without distraction.
8  It would also provide Defendants additional time to investigate and prepare a response to the First
9  Amended Complaint.

10  This would be SCEE's second extension of time to respond to the First Amended Complaint
11  from May 8, 2008 to May 22, 2008.[1]  The parties' agreement also extends SCEA's deadline to
12  respond to May 22, 2008, a fourth extension.

13  Good cause exists for this joint motion to allow the parties to meaningfully continue their
14  settlement talks from the April 17 meeting and explore early resolution of this matter.  This will
15  reduce litigation expenses during a limited period and potentially save judicial resources with an early
16  resolution.  Moreover, this joint motion is not made for the purpose of delay since the case is in its
17  early stages.  Accordingly, the parties hereby respectfully request that their joint motion to extend
18  Defendants' time to answer or otherwise respond to the First Amended Complaint be granted.

19  DATED:  May 1, 2008           FISH & RICHARDSON, P.C.

21                                 By:/s/ Lisa M. Martens
22                                    Lisa M. Martens
                                      martens@fr.com
                                      Andrew M. Abrams
23                                    abrams@fr.com
                                      Attorneys for Plaintiffs
24                                    BUZZTIME ENTERTAINMENT, INC. and NTN
                                      BUZZTIME, INC.

---

[1] Nothing in this joint motion acts as a waiver of Defendants' defenses, including jurisdictional defenses.

- 1 -

| | | |
|---|---|---|
| 1 | DATED: May 1, 2008 | TOWNSEND AND TOWNSEND AND CREW LLP |

By: /s/ Timothy R. Cahn
TIMOTHY R. CAHN  (State Bar No. 162136)
trcahn@townsend.com
MEGAN M. CHUNG  (State Bar No. 232044)
mmchung@townsend.com
Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT AMERICA INC.

- 2 -