1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR.  (State Bar No. 107988)
2  jggilliand@townsend.com
   TIMOTHY R. CAHN  (State Bar No. 162136)
3  trcahn@townsend.com
   MEGAN M. CHUNG  (State Bar No. 232044)
4  mmchung@townsend.com
   Two Embarcadero Center, 8th Floor
5  San Francisco, CA 94111
   Telephone:  (415) 576-0200
6  Facsimile:   (415) 576-0300

7  TOWNSEND AND TOWNSEND AND CREW LLP
   IRIS SOCKEL MITRAKOS  (State Bar No. 190162)
8  ismitrakos@townsend.com
   ELHAM FIROUZI  (State Bar No. 250312)
9  efirouzi@townsend.com
   12730 High Bluff Drive, Suite 400
10 San Diego, California 92130
   Telephone:  (858) 350-6100
11 Facsimile:   (858) 350-6111

12 Attorneys for Defendant
   SONY COMPUTER ENTERTAINMENT AMERICA INC.

13

14                    UNITED STATES DISTRICT COURT

15                   SOUTHERN DISTRICT OF CALIFORNIA

16

17 BUZZTIME ENTERTAINMENT, INC. and        **Case No.  08 CV 0122 W LSP**
   NTN BUZZTIME, INC.,
                                           **NOTICE OF APPEARANCE OF**
18                  Plaintiffs,            **MEGAN M. CHUNG**

19             v.

20 SONY COMPUTER ENTERTAINMENT
   EUROPE LTD. and SONY COMPUTER
21 ENTERTAINMENT AMERICA INC.,

22                  Defendants.

23

24

25

26

27

28
                                  - 1 -

1    PLEASE ENTER the appearance of Megan M. Chung, Esq. of the law firm of Townsend and

2  Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco, CA 94111-3834 on

3  behalf of Defendant Sony Computer Entertainment America Inc. in the above-referenced matter.

4

5
   DATED:  May 1, 2008              TOWNSEND AND TOWNSEND AND CREW LLP
6

7
                                   By:/s/ Megan M. Chung
8                                     TIMOTHY R. CAHN  (State Bar No. 162136)
                                      trcahn@townsend.com
9                                     MEGAN M. CHUNG  (State Bar No. 232044)
                                      mmchung@townsend.com
10                                    Attorneys for Defendant
                                      SONY COMPUTER ENTERTAINMENT AMERICA INC.
11

12

13  61357283 v1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28