UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. et. al.,<br><br>                    Plaintiffs,<br>   vs.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE LTD. et. al.,<br><br>                    Defendants. | CASE NO. 08-CV-0122 W (LSP)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND (Doc. No. 15) |

     On February 22, 2008 Plaintiffs Buzztime Entertainment, Inc. et. al. ("Plaintiffs") filed an amended complaint against Defendants Sony Computer Entertainment Europe, et. al. ("Defendants"). (Doc. No. 4.) On May 1, 2008 both parties stipulated to a third extension of time for Defendants to answer or respond to the complaint. (Doc. No. 13.) Good cause showing, the Court **GRANTS** the parties' joint motion and extends Defendants' time to answer or respond to the complaint until **May 22, 2008**. The Court will be reluctant to grant further extensions beyond that granted by this Order.

     IT IS SO ORDERED.

Dated: May 1, 2008

Hon. THOMAS J. WHELAN
United States District Court
Southern District of California