TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR.  (State Bar No. 107988)
jggilliand@townsend.com
TIMOTHY R. CAHN  (State Bar No. 162136)
trcahn@townsend.com
MEGAN M. CHUNG  (State Bar No. 232044)
mmchung@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT EUROPE LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE LTD. and SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>　　　　　　　Defendants.<br>_____<br>SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>　　　　　　　Counter-Complainant,<br><br>　　　v.<br><br>BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.,<br><br>　　　　　　　Counter-Defendants. | **Case No.  08 CV 0122 W LSP**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS BY DEFENDANT SONY COMPUTER ENTERTAINMENT EUROPE LTD.**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE**<br><br>Date:　June 23, 2008<br>Time:　10:00 a.m.<br>　　　　Courtroom 7, 3rd Floor<br>　　　　Hon. Thomas J. Whelan |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that on June 23, 2008 at 10:00 a.m., or as soon thereafter as the
3   matter may be heard, before the Honorable Thomas J. Whelan, Judge of the United States District
4   Court, 940 Front Street, San Diego 92101 in Courtroom 7, 3rd Floor, Defendant Sony Computer
5   Entertainment Europe Ltd. ("SCEE") will move this Court for a motion to dismiss for lack of personal
6   jurisdiction and insufficiency of process pursuant to Federal Rule of Civil Procedure 12(b)(2) and
7   (b)(5).

8   The Motion will be based on this Notice of Motion and Motion, the Memorandum of Points
9   and Authorities in Support, the Declarations of Hogarth Andall and Timothy R. Cahn, the [Proposed]
10  Order filed herewith, all of the files and records of this action, and on any additional material that may
11  be elicited at the hearing of this Motion.

13  DATED:  May 22, 2008                    TOWNSEND AND TOWNSEND AND CREW LLP

15                                          By:/s/ Timothy R. Cahn
                                               JAMES G. GILLILAND, JR.  (State Bar No. 107988)
16                                             jggilliand@townsend.com
                                               TIMOTHY R. CAHN  (State Bar No. 162136)
17                                             trcahn@townsend.com
                                               MEGAN M. CHUNG  (State Bar No. 232044)
                                               mmchung@townsend.com

                                            Attorneys for Defendant
19                                          SONY COMPUTER ENTERTAINMENT EUROPE LTD.

61373141 v1