TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
jggilliland@townsend.com
TIMOTHY R. CAHN (State Bar No. 162136)
trcahn@townsend.com
MEGAN M. CHUNG (State Bar No. 232044)
mmchung@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT EUROPE LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE LTD. and SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>Defendants.<br><br>———————————<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>Counter-Complainant,<br><br>v.<br><br>BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.,<br><br>Counter-Defendants. | Case No.   08 CV 0122 W LSP<br><br>**DECLARATION OF HOGARTH ANDALL IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS**<br><br><br>Hon. Thomas J. Whelan |

I, Hogarth Andall, declare as follows:

1. I am the Director of Intellectual Property ("IP") and Technology of defendant Sony Computer Entertainment Europe Ltd. ("SCEE"), a position I have held since August 2007. I have been continuously employed at SCEE since 1999. I also am a practicing barrister, admitted to practice at the Bar of England and Wales. I joined SCEE as a Business Affairs Associate and, in 2001, I became an Intellectual Property Manager. In 2004, I became the Head of Intellectual Property at SCEE and then the Director of Intellectual Property and Technology last year. As Director, and before as Head of IP, I have been responsible for nurturing, managing, and protecting the legal areas that impact SCEE's technology and IP. This includes promoting, managing, licensing, protecting, enforcing and clearing all IP rights, including trademarks, copyrights, patents and any other technology-related regulations. I also participate in decisions involving the use of IP with sales, distribution, marketing, advertising, and manufacturing of SCEE's products. Now, as the Director of IP and Technology, my responsibilities cover all of SCEE's territories in Europe, Middle East, Africa and Oceania ("EMAO Territories"). As result of my more than 8 years with SCEE and my performance of these responsibilities, I am knowledgeable about SCEE's trademark, marketing and distribution practices, about the features of the video game software marketed by SCEE for its territories, about the technological measures employed for PlayStation® 2 system and video game software to prevent playing counterfeit or out-of-region product, and about SCEE's trademark application practices, among other things. I have personal knowledge of the matters stated in this declaration, unless otherwise indicated.

2. SCEE is a United Kingdom corporation with its principal place of business in England. SCEE is not a subsidiary or parent company of defendant Sony Computer Entertainment America Inc. ("SCEA"). Both SCEE and SCEA are wholly-owned subsidiaries of a company incorporated in Japan, Sony Computer Entertainment Inc ("SCEI"). SCEE and SCEA are two distinct corporations. They have separate headquarters, officers and board of directors. They have separate accounting systems. SCEE does not own any stock in SCEA. SCEE does not control or direct SCEA's day-to-day operations in any way, nor vise versa.

3. SCEE is engaged in the business of marketing and distributing computer video game

- 1 -

1 console hardware and peripheral accessories and developing, marketing and distributing video game
2 software in territories across Europe, the Middle East, Africa and Oceania. Among the many products
3 SCEE sells is the PlayStation® 2 computer entertainment system, which features a controller and
4 software designed for the playing of video game software on various formats, including CDs, DVDs,
5 music CDs and DVD movies.

6     4.    SCEE also develops, publishes, and markets video game software in the EMAO
7 Territories for the PlayStation® 2 computer entertainment system. SCEE's video game software
8 manufactured and sold in the EMAO Territories is made for that region only and is not compatible
9 with PlayStation® 2 systems made for the United States. Due to coding differences among systems
10 and games manufactured and marketed for different regions of the world, as well as differences
11 between the PAL ad NTSC television standards, SCEE's video game software manufactured and
12 marketed for the EMAO Territories is not compatible with, and will not play with, PlayStation® 2
13 systems manufactured and marketed for the United States. Just as motion picture DVDs are encoded
14 for specific regions of the world and video tapes were optimized for the television systems using
15 particular broadcast standards, video game software for PlayStation® 2 systems are region-specific,
16 and software developed for Europe is not compatible with systems or televisions made for the United
17 States. If someone tries to play SCEE's video game software on a U.S. PlayStation® 2 system, the
18 PlayStation® 2 system will not boot up the game software and the user will not be able to play the
19 game. Thus, restrictions on where SCEE sells video game software ensure that consumers in a
20 specific region of the world will only purchase video game software that functions with the
21 PlayStation® 2 systems and televisions available in their regions.

22     5.    SCEE has developed, manufactured, produced, and sold only EMAO-Territory specific
23 versions of the video game software (*e.g.*, "BUZZ! The Mega Quiz") referenced in the First Amended
24 Complaint. SCEE does not now -- nor has it ever -- manufactured, marketed, produced, or sold the
25 version of the accused video game software that is distributed in the United States. SCEE's versions
26 feature content and use language specific to its EMAO Territories and do not contain content localized
27 for the United States.

28     6.    Indeed, because SCEE's territories only include Europe and other regions outside the

1  United States, and because the video game software SCEE sells is not compatible with systems sold in
2  the United States, SCEE does not market or sell *any* video game software or other products to
3  consumers in California and, in my nine years with SCEE, has never done so.
4      7.   In fact, SCEE is not registered to do business in California. SCEE does not have any
5  registered agent in California. SCEE has not designated any registered agent in California to accept
6  service of process on behalf of it.
7      8.   SCEE does not have any employees in California.
8      9.   I am not aware of a single prior instance when SCEE was named as a party in litigation
9  in federal or state courts of California.
10     10.  None of SCEE's officers or directors reside or are domiciled in California.
11     11.  California has never been the location of any of SCEE's board of directors or
12 shareholder meetings.
13     12.  SCEE does not own or have any interest in any real property in California, nor does it
14 have any bank accounts or other tangible personal property in California.
15     13.  SCEE does not have any offices or facilities in California, and has no telephone listing
16 or mailing address in California.
17     14.  SCEE does not have any sales agents in California.
18     15.  SCEE does not manufacture any products in California.
19     16.  SCEE does not direct any of its advertising or marketing toward California residents,
20 nor does it advertise in any publications that are directed primarily toward California residents.
21     17.  SCEE hosts websites that use the word "BUZZ": <http://www.buzzthegame.com/en-
22 gb/Language-Selector/> and < http://www.buzzjunior.com/>. These websites only provide
23 information for video game software that is available to consumers in the EMAO Territories. Clearly,
24 the homepages show the countries in the EMAO Territories that SCEE serves, and there is no mention
25 of the United States. These websites do not allow consumers to purchase SCEE's products online.
26 Other websites hosted by SCEE also provide information on SCEE's other products. None of them
27 allows sales transactions. Moreover, the versions of the video game software advertised on these sites,
28 including "BUZZ! The Mega Quiz," are compatible only with PlayStation® 2 systems in SCEE's

1  territories.

2  18.  The web pages referred by Plaintiffs in their First Amended Complaint are not from
3  SCEE's website. Those pages are from SCEA's website.

4  19.  SCEE does not control SCEA's manufacture, distribution or sale of the accused video
5  games. SCEE has no input in how or where SCEA will sell or market the accused video games.

6  20.  For video game software developed by SCEE, SCEE has a practice of applying for and
7  registering its trademarks in the EMAO Territories, as well as elsewhere, often including Australia,
8  Japan, United States and other parts of the world that are commercially significant. Pursuant to this
9  practice, SCEE filed trademark applications for "BUZZ!" first in Europe and, later, elsewhere to
10 protect SCEE's or its affiliates' uses or potential uses of the mark in these other regions. Accordingly,
11 SCEE filed intent-to-use trademark applications for the "BUZZ!" marks with the United States Patent
12 and Trademark Office, as well as applications in other countries.

13 21.  On April 4, 2008, a process server hand delivered a copy of the First Amended
14 Complaint to Albert Marshall at SCEE's office in London, England. Albert Marshall is an IP lawyer
15 who works for me. He is not a general manager, director or officer of SCEE. On or around April 29,
16 2008, another copy of the First Amended Complaint was delivered by regular international mail to
17 SCEE.

20 I, Hogarth Andall, declare under penalty of perjury under the laws of the United States of
21 America that the foregoing is true and correct. This Declaration was signed in London, England, on
22 May 22, 2008.

24 /s/ Hogarth Andall
   Hogarth Andall

25 61342363 v1