1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR.  (State Bar No. 107988)
2  jggilliand@townsend.com
   TIMOTHY R. CAHN  (State Bar No. 162136)
3  trcahn@townsend.com
   MEGAN M. CHUNG  (State Bar No. 232044)
4  mmchung@townsend.com
   Two Embarcadero Center, 8th Floor
5  San Francisco, CA  94111
   Telephone:  (415) 576-0200
6  Facsimile:   (415) 576-0300

7  Attorneys for Defendant
   SONY COMPUTER ENTERTAINMENT EUROPE LTD.
8

9                UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11 | BUZZTIME ENTERTAINMENT, INC. and | Case No.   08 CV 0122 W LSP
   | NTN BUZZTIME, INC.,              |
12 |                                   | **DECLARATION OF TIMOTHY R. CAHN
   |                                   | IN SUPPORT OF MOTION TO DISMISS
13 |           Plaintiffs,             | FOR LACK OF PERSONAL
   |                                   | JURISDICTION AND INSUFFICIENCY
14 |     v.                            | OF PROCESS**
   |
15 | SONY COMPUTER ENTERTAINMENT
   | EUROPE LTD. and SONY COMPUTER
16 | ENTERTAINMENT AMERICA INC.,
   |
17 |           Defendants.              | Hon. Thomas J. Whelan

18 | _____

19 | SONY COMPUTER ENTERTAINMENT
   | AMERICA INC.,
20 |
   |           Counter-Complainant,
21 |
   |     v.
22 |
   | BUZZTIME ENTERTAINMENT, INC. and
23 | NTN BUZZTIME, INC.,
   |
24 |
   |           Counter-Defendants.
25

26

27

28

I, Timothy R. Cahn, declare as follows:

1. I am an attorney at Townsend and Townsend and Crew ("Townsend"), counsel to Defendant Sony Computer Entertainment Europe Ltd. ("SCEE") in this action. I submit this declaration in support of SCEE's motion to dismiss for lack of personal jurisdiction and insufficiency of service of process.

2. Shortly after Townsend received a copy of the First Amended Complaint, Townsend used various internet resources to look up the identities of the owners and operators of the website and webpages referenced in the First Amended Complaint. Using the "WHOIS" databases of www.dnsstuff.com and www.networksolutions.com, I identified that co-defendant Sony Computer Entertainment America, Inc. ("SCEA") is the registrant for <playstation.com>.

3. After receiving the First Amended Complaint, Townsend also commenced an investigation of the website <us.playstation.com> and web pages from that website mentioned in the First Amended Complaint. The website clearly states that it is hosted by SCEA and clicking the "Contact Us" link provides contact information for SCEA. Moreover, the website and web pages only provide information on SCEA's video game software and does not allow a method to purchase directly from <us.playstation.com>. Instead, the website provides a list of retailers from whom a consumer can purchase SCEA's products and a link to those retailer's websites.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration was signed in San Francisco, California on May 22, 2008.

/s/ Timothy R. Cahn
Timothy R. Cahn

61372499 v1

- 1 -