TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR.  (State Bar No. 107988)
jggilliand@townsend.com
TIMOTHY R. CAHN  (State Bar No. 162136)
trcahn@townsend.com
MEGAN M. CHUNG  (State Bar No. 232044)
mmchung@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300

Attorneys for Defendant and Counter-Complainant
SONY COMPUTER ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SONY COMPUTER ENTERTAINMENT EUROPE LTD. and SONY COMPUTER ENTERTAINMENT AMERICA INC., <br><br> Defendants. <br> ——————————————————— <br> SONY COMPUTER ENTERTAINMENT AMERICA INC., <br><br> Counter-Complainant, <br><br> v. <br><br> BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC., <br><br> Counter-Defendants. | Case No.   08 CV 0122 W LSP <br><br> **CERTIFICATE OF SERVICE OF SONY COMPUTER ENTERTAINMENT EUROPE LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS AND SUPPORTING BRIEF AND DECLARATIONS** <br><br> Hon. Thomas J. Whelan |

 I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero

Center, Eighth Floor, San Francisco, California 94111. On May 22, 2008, I served a true and accurate copy of the document(s) entitled:

1. **NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS BY DEFENDANT SONY COMPUTER ENTERTAINMENT EUROPE LTD.**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SONY COMPUTER ENTERTAINMENT EUROPE LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS**

3. **DECLARATION OF HOGARTH ANDALL IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS**

4. **DECLARATION OF TIMOTHY R. CAHN IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS**

on the party(ies) in this action as follows:

Lisa M. Martens
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  858-678-5070
Facsimile:  858-678-5099
E-Mail:  martens@fr.com

*Attorney for Plaintiffs and Counter-Defendants*
*BUZZTIME ENTERTAINMENT, INC. and*
*NTN BUZZTIME, INC.*

☒     [By Court's Electronic Filing System]  I caused said document to be filed electronically and a notice to be sent to all parties by operation of the Court's electronic filing system.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  May 23, 2008              /s/ Timothy R. Cahn
                                  Timothy R. Cahn

**CERTIFICATE OF SERVICE**

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111.  On the date set forth below, I served a true and accurate copy of the document(s) entitled:  **CERTIFICATE OF SERVICE OF SONY COMPUTER ENTERTAINMENT EUROPE LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS AND SUPPORTING BRIEF AND DECLARATIONS** on the party(ies) in this action as follows:

Lisa M. Martens
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  858-678-5070
Facsimile:  858-678-5099
E-Mail:  martens@fr.com

*Attorney for Plaintiffs and Counter-Defendants*
*BUZZTIME ENTERTAINMENT, INC. and*
*NTN BUZZTIME, INC.*

⊠   [By Court's Electronic Filing System]  I caused said document to be filed electronically and a notice to be sent to all parties by operation of the Court's electronic filing system.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  May 23, 2008           /s/ Timothy R. Cahn
                               Timothy R. Cahn

61380067 v1