1  Lisa M. Martens (#195824/martens@fr.com)
   Andrew M. Abrams (#229698/abrams@fr.com)
2  FISH & RICHARDSON, P.C.
   12390 El Camino Real
3  San Diego, CA  92130
   Telephone:  (858) 678-4735
4  Facsimile:  (858) 678-5099

5  Attorneys for Plaintiffs
   BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.,<br><br>12<br><br>13                  Plaintiffs,<br><br>14        v.<br><br>15  SONY COMPUTER ENTERTAINMENT EUROPE, LTD. and SONY COMPUTER ENTERTAINMENT AMERICA, INC.,<br>16<br><br>17                  Defendants. | Case No. 08 CV 0122 W LSP<br><br>**DECLARATION OF ANDREW M. ABRAMS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SONY COMPUTER ENTERTAINMENT EUROPE, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS**<br><br>Date:  June 23, 2008<br>Time:  10:00 a.m.<br>        Courtroom 7, 3rd Floor<br>        Hon. Thomas J. Whelan |
| 18  SONY COMPUTER ENTERTAINMENT AMERICA, INC.,<br>19<br><br>20              Counter-Complainant,<br><br>21        v.<br><br>22  BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.,<br>23<br><br>24              Counter-Defendants. | |

25

26

27

28
                                        Case No. 08 CV 0122 W LSP

1    I, Andrew M. Abrams, declare under penalty of perjury that the following statements

2 are true and correct:

3    1.    I am an associate of the San Diego office of the law firm of Fish & Richardson

4 P.C., counsel for the plaintiffs, Buzztime Entertainment, Inc. and NTN Buzztime, Inc.

5 (collectively, "Plaintiffs" or "Buzztime").

6    2.    Attached as Exhibit 1 is a true and correct copy of the Statement of Use filed by

7 Defendant Sony Computer Entertainment Europe, Ltd. ("Defendant" or "SCEE") with the U.S.

8 Patent and Trademark Office on March 19, 2008 in connection with its BUZZ! mark

9 (Application Serial No. 78/637,682) ("Statement of Use").

10    3.    Attached as Exhibit 2 are true and correct copies of the specimens of use

11 submitted by SCEE to support its Statement of Use.  The specimens consist of digital

12 photographs of goods which are sold in the State of California.

13    4.    At least five years after Buzztime's first commercial use of its trade name, SCEE

14 filed three intent-to-use applications with the USPTO for BUZZ and BUZZ! in connection with

15 various goods and services relating to interactive video and computer games.

16    5.    According to the Statement of Use, on October 30, 2007, SCEE (or its related

17 company or licensee) began to use the mark BUZZ! in U.S. commerce as the name of a trivia

18 video game which is promoted on the Internet through websites located at

19 http://www.us.playstation.com/.

20    6.    On information and belief, the BUZZ! branded trivia video games marketed by

21 SCEA are available for purchase in this jurisdiction from many large retailers, including:

22 Walmart, Target, Best Buy, Circuit City, Game Stop and EB Games.

23    7.    On information and belief, SCEE has an express or implied license or other

24 agreement with Sony Computer Entertainment America, Inc. ("SCEA") whereby SCEA's actual

25 use of the BUZZ! marks in California (and elsewhere in the U.S.) inures to the benefit of SCEE

26 as the owner of such marks.

27    8.    Despite Buzztime's repeated written notifications of trademark infringement and

28 the filing and service of this Complaint, on information and belief, SCEA has, on behalf of

1   SCEE, continued the sale and promotion of the BUZZ! products in the United States and in this

2   jurisdiction.

3         9.       Attached as Exhibit 3 is a true and correct copy of a printout from the Trademark

4   Trial and Appeal Board database showing proceedings involving SCEE.

5         10.      SCEE's declaration does not discuss a trademark license with SCEA, nor whether

6   SCEE obtains any revenue from the sales of BUZZ! products in the United States.  Nor does the

7   declaration deny that SCEE has sent promotional or sample items to its United States affiliate.

8         11.      According to SEC filings made by SCEE's parent company, SCEE is part of a

9   huge multi-national conglomerate that made over $78 Billion in revenues for the fiscal year

10  ended March 31, 2008.

11        12.      It is a typical practice for large corporations such as SCEE and its sister-

12  companies to conduct extensive trademark searching, and to engage in substantial marketing and

13  consumer studies prior to the launch of a new brand.

14        13.      On information and belief, SCEE has a California sister-company and has

15  engaged California counsel.

16        14.      On information and belief, Buzztime has comparably little resources, while SCEE

17  has enormous resources.

18        15.      In its Amended Complaint, Buzztime seeks various injunctive and monetary

19  remedies.  Among them is an order from the Court that the Director of the USPTO order that

20  Defendants are not entitled to any trademark registrations for the BUZZ Marks and any word,

21  words, phrases, symbols, logos, or any combination of words or symbols that would create a

22  likelihood of confusion, mistake, and/or deception therewith, including, without limitation,

23  Defendants' Trademark Application Serial Numbers 78/625,529, 78/525,239, and 78/637,682.

24        16.      According to U.S. Patent and Trademark records, Trademark Application Serial

25  Numbers 78/625,529, 78/525,239, and 78/637,682 are owned solely by SCEE.

26              Executed this 6th day of June, 2008, at San Diego, California.

27

28
                                    /s/ Andrew M. Abrams
                                    Andrew M. Abrams
                                        2              Case No. 08 CV 0122 W LSP

**PROOF OF SERVICE**

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130.  I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On June 6, 2008, I caused a copy of the following document(s):

**DECLARATION OF ANDREW M. ABRAMS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SONY COMPUTER ENTERTAINMENT EUROPE, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

James G. Gilliland, Jr.                                  Attorneys For Defendant
Timothy R. Cahn                                          SONY COMPUTER
Megan M. Chung                                           ENTERTAINMENT EUROPE LTD
TOWNSEND AND TOWNSEND AND
CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300


| X | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct.  Executed on June 6, 2008, at San Diego, California.

s/Nicole C. Pino
Nicole C. Pino

10838183.doc

3

Case No. 08 CV 0122 W LSP

**EXHIBIT LIST**

| *Exhibit* | *Page No(s.)* |
|-----------|---------------|
| 1 | 4-8 |
| 2 | 9-13 |
| 3 | 14 |

Case No. 08 CV 0122 W LSP