# Exhibit 1

PTO Form 1553 (Rev 4/2000)
OMB Control 0051-0009 (Exp 06/30/2005)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 78637682 |
| LAW OFFICE ASSIGNED | LAW OFFICE 101 |
| NOTICE OF ALLOWANCE | YES |
| EXTENSION OF USE | NO |
| REQUEST TO DIVIDE | NO |
| **MARK SECTION** | |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION (current)** | |
| NAME | Angelo Notaro |
| FIRM NAME | 100 DUTCH HILL ROAD, SUITE 110 |
| CITY | ORANGEBURG |
| STATE | New York |
| POSTAL CODE | 10962-2100 |
| COUNTRY | United States |
| PHONE | (845) 359-7700 |
| FAX | (845) 359-7798 |
| EMAIL | nmpc@notaromichalos.com |
| ATTORNEY DOCKET NUMBER | J318-188 |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Angelo Notaro |
| FIRM NAME | NOTARO & MICHALOS P.C. |
| STREET | 100 DUTCH HILL ROAD, SUITE 110 |
| CITY | ORANGEBURG |
| STATE | New York |
| POSTAL CODE | 10962-2100 |
| COUNTRY | United States |
| PHONE | (845) 359-7700 |

Exhibit 1
Page 4

| FAX | (845) 359-7798 |
|---|---|
| EMAIL | anotaro@notaromichalos.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ATTORNEY DOCKET NUMBER | J909-031 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 028 |
| CURRENT IDENTIFICATION | HANDHELD UNITS FOR PLAYING ELECTRONIC GAMES |
| GOODS AND/OR SERVICES | DELETE ENTIRE CLASS |
| INTERNATIONAL CLASS | 016 |
| CURRENT IDENTIFICATION | Instructional manuals, and printed strategy guides for computer and video games; books in the field of quizzes and knowledge of trivia |
| GOODS AND/OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 10/30/2007 |
| FIRST USE IN COMMERCE DATE | 10/30/2007 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN1-68236170234-170917105_._J909-031-Specimen4.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS2\EXPORT15\786\376\78637682\xml1\SOU0002.JPG |
| | \\TICRS2\EXPORT15\786\376\78637682\xml1\SOU0003.JPG |
| | \\TICRS2\EXPORT15\786\376\78637682\xml1\SOU0004.JPG |
| SPECIMEN DESCRIPTION | Copy of applicant's goods displaying the mark. |
| INTERNATIONAL CLASS | 009 |
| CURRENT IDENTIFICATION | Computer hardware; computer and video game apparatus namely, joysticks, control pads, handheld interactive controllers; computer and video game tapes and cassettes; computer and video game programs; computer peripherals; prerecorded compact discs, video discs, DVD's, featuring computer and video game excerpts and content; compact disc, digital video disc and video disc recordings featuring computer and video game excerpts and content |
| GOODS OR SERVICES THIS FILING DOES NOT COVER | Computer hardware; joysticks, computer and video game tapes and cassettes; computer peripherals; prerecorded compact discs, video discs, compact disc, digital video disc |
| PROPOSED COMPLETE IDENTIFICATION AFTER DELETION | Computer and video game apparatus, namely, control pads, handheld interactive controllers; computer and video game programs; DVDs featuring computer and video game excerpts and content; video disc recordings featuring computer and video game excerpts and content |
| FIRST USE ANYWHERE DATE | 10/30/2007 |
| FIRST USE IN COMMERCE DATE | 10/30/2007 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT15\786\376\78637682\xml1\SOU0005.JPG |
| | \\TICRS2\EXPORT15\786\376\78637682\xml1\SOU0006.JPG |
| SPECIMEN DESCRIPTION | Digital photographs of applicant's goods and packaging displaying the mark. |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 2 |

Exhibit 1
Page 5

| SUBTOTAL AMOUNT | 200 |
|---|---|
| TOTAL AMOUNT | 200 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /J909-031/ |
| SIGNATORY'S NAME | Angelo Notaro |
| SIGNATORY'S POSITION | Attorney of record |
| DATE SIGNED | 03/19/2008 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Mar 19 17:55:40 EDT 2008 |
| TEAS STAMP | USPTO/SOU-68.236.170.234-20080319175540415252-78637682-400a6cdc217591f1d0c0c8ec88f6e7134-CC-3225-20080319170917105669 |

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp 06/30/2005)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** BUZZ! (stylized and/or with design)
**SERIAL NUMBER:** 78637682

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Sony Computer Entertainment Europe Limited, having an address of 30 Golden Square, London, United Kingdom W1F 9LD, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class 028:
Current identification: HANDHELD UNITS FOR PLAYING ELECTRONIC GAMES

The applicant, or the applicant's related company or licensee, is NOT using the mark in commerce on or in connection with any of the goods and/or services listed in either the application or Notice of Allowance, or as subsequently modified. This entire class is to be deleted from the application.

For International Class 016:
Current identification: Instructional manuals, and printed strategy guides for computer and video games; books in the field of quizzes and knowledge of trivia

The applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 10/30/2007, and first used in commerce at least as early as 10/30/2007, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Copy of applicant's goods displaying the mark..

Exhibit 1
Page 6

**Original PDF file:**
SPN1-68236170234-170917105_.J909-031-Specimen4.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

For International Class 009:
Current identification: Computer hardware; computer and video game apparatus namely, joysticks, control pads, handheld interactive controllers; computer and video game tapes and cassettes; computer and video game programs; computer peripherals; prerecorded compact discs, video discs, DVD's, featuring computer and video game excerpts and content; compact disc, digital video disc and video disc recordings featuring computer and video game excerpts and content

The applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance, except the following: Computer hardware; joysticks, computer and video game tapes and cassettes; computer peripherals; prerecorded compact discs, video discs, compact disc, digital video disc.

The following is proposed as the complete final identification once the specific good(s) or service(s) identified above is deleted: Computer and video game apparatus, namely, control pads, handheld interactive controllers; computer and video game programs; DVDs featuring computer and video game excerpts and content; video disc recordings featuring computer and video game excerpts and content. The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 10/30/2007, and first used in commerce at least as early as 10/30/2007, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Digital photographs of applicant's goods and packaging displaying the mark..
Specimen File1
Specimen File2

The applicant hereby appoints Angelo Notaro of NOTARO & MICHALOS P.C., 100 DUTCH HILL ROAD, SUITE 110, ORANGEBURG, New York United States 10962-2100 to submit this Trademark/Service Mark Statement of Use on behalf of the applicant. The attorney docket/reference number is J909-031.

A fee payment in the amount of $200 will be submitted with the form, representing payment for 2 classes.

Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /J909-031/    Date Signed: 03/19/2008
Signatory's Name: Angelo Notaro
Signatory's Position: Attorney of record

Mailing Address:
  100 DUTCH HILL ROAD, SUITE 110

**Exhibit 1**
**Page 7**

ORANGEBURG, New York 10962-2100

Mailing Address:
NOTARO & MICHALOS P.C.

100 DUTCH HILL ROAD, SUITE 110
ORANGEBURG, New York 10962-2100

RAM Sale Number: 3225
RAM Accounting Date: 03/20/2008

Serial Number: 78637682
Internet Transmission Date: Wed Mar 19 17:55:40 EDT 2008
TEAS Stamp: USPTO/SOU-68.236.170.234-200803191755404
15252-78637682-400a6cdc217591f1d0c0c8ec8
8f6e7134-CC-3225-20080319170917105669
Go Back

Exhibit 1
Page 8