# Exhibit 2



**Exhibit 2**
**Page 9**



## CONTENTS

Setting Up . . . . . . . . . . . . . . . . . . . 2
Using the Buzz!™ Buzzers . . . . . . 3
Getting Started . . . . . . . . . . . . . . . 4
Main Menu . . . . . . . . . . . . . . . . . . 4
Play Buzz!™ . . . . . . . . . . . . . . . . . 5
Playing Buzz!™: The Mega Quiz . . 9
Credits . . . . . . . . . . . . . . . . . . . . . 14

⚠ **WARNING: PHOTOSENSITIVITY/EPILEPSY/SEIZURES**

**READ BEFORE USING YOUR PLAYSTATION 2 COMPUTER ENTERTAINMENT SYSTEM.**

A very small percentage of individuals may experience epileptic seizures or blackouts when exposed to certain light patterns or flashing lights. Exposure to certain patterns of backgrounds on a television screen or while playing video games may trigger epileptic seizures or blackouts in these individuals. These conditions may trigger previously undetected epileptic symptoms or seizures in persons who have no history of prior seizures or epilepsy. If you or anyone in your family has an epileptic condition or has had seizures of any kind, consult your physician before playing. IMMEDIATELY DISCONTINUE use and consult your physician before resuming gameplay if you or your child experience any of the following health problems or symptoms:

- dizziness
- altered vision
- eye or muscle twitches
- loss of awareness
- disorientation
- seizures
- any involuntary movement or convulsion

RESUME GAMEPLAY ONLY ON APPROVAL OF YOUR PHYSICIAN.

**Use and handling of video games to reduce the likelihood of a seizure**
- Use in a well-lit area and keep as far away as possible from the television screen.
- Avoid large screen televisions. Use the smallest PlayStation 2 screen available.
- Avoid prolonged use of the PlayStation 2 system. Take a 15-minute break during each hour of play.
- Avoid playing when you are tired or need sleep.

Stop using the system immediately if you experience any of the following symptoms: lightheadedness, nausea, or a sensation similar to motion sickness; discomfort or pain in the eyes, ears, hands, arms, or any other part of the body. If the condition persists, consult a doctor.

**WARNING TO OWNERS OF PROJECTION TELEVISIONS:**
Do not connect your PlayStation 2 system to a projection TV without first consulting the user manual for your projection TV, unless it is of the LCD type. Otherwise, it may permanently damage your TV screen.

**HANDLING YOUR PLAYSTATION 2 FORMAT DISC:**
- This disc is intended for use only with PlayStation 2 consoles with the NTSC U/C designation.
- Do not bend it, crush it or submerge it in liquids.
- Do not leave it in direct sunlight or near a radiator or other source of heat.
- Be sure to take an occasional rest break during extended play.
- Keep this compact disc clean. Always hold the disc by the edges and keep it in its protective case when not in use. Clean the disc with a lint-free, soft, dry cloth, wiping in straight lines from center to outer edge. Never use solvents or abrasive cleaners.

---

### Buzz!™ The Mega Quiz Tips and Hints

**Game Hint Guide Information**

**PlayStation Underground Game Guides** for PlayStation and PlayStation 2 software titles published by Sony Computer Entertainment America.

Signing up and become a member of the PlayStation Underground and access the hints, tips, and cheat codes for games published by Sony Computer Entertainment America.

No hints will be given on our Consumer Service/Technical Support Line.

**Consumer Service/Technical Support Line 1-800-345-7669**

Call this number for technical support, installation or general questions about your PlayStation 2 and its peripherals. Representatives are available Monday – Saturday 6AM – 8PM and Sunday 7AM – 6:30PM Pacific Standard Time.

Exhibit 2
Page 10

### TIME BUILDER

In this round, answering questions correctly will build up the amount of time that you will have to gain points in the Hotseat round.

### HOTSEAT

Hotseat is the final Single Player round, where you use the time that you accumulated in the Time Builder round to answer difficult questions and score as many points as you can. Be careful though, answer a question wrong and you will lose any points that you have yet to bank!

### POINT PICKER
A great round to kick off with. Point Picker lets you build up some points.

### FASTEST FINGER
The quicker you buzz, the more points you'll get.

### PIE FIGHT
Answer correctly to punish an opponent with a well-aimed cream pie. Don't splat yourself in the face though.

### GLOBETROTTER
Take a trip to far off places via the Buzz!™ jet and test your knowledge on the countries of the world. No passport needed!

### POINT STEALER
This is where the competition really gets cut-throat personal. Get revenge on those that have crossed you in the past — just get the right answer and then decide which of your opponents' points you would like to take for yourself.

### THE FINAL COUNTDOWN

Well, this is the final round folks, so there really is everything to play for. The points that you have amassed during the previous rounds will be converted into bars of time, and with the questions coming super fast, the bars will gradually tick down. Answer a question correctly to temporarily halt the countdown, but when your bar ticks down and totally disappears, you will be eliminated from the competition. If you are really quick with your correct answers then you may well be rewarded with a time bonus, but if you jump in quickly with a wrong answer then you could stand to lose even more time. The object of the round is to be the last contestant with any bar remaining, thus becoming the winner of Buzz!™ The Mega Quiz.



### MULTIPLAYER MODE

With Buzz! on hand to expertly explain each round's rules, you and your friends will quickly get the hang of this glitzy game show's sophisticated structure. Simply listen to the questions, take note of any picture, video or audio clues, and press the correct buttons on your Buzz!™ Buzzer to choose an answer.

PLEASE NOTE some rounds are only available in a 1–4 Player game. Here's a sneak peek at a few of the multiplayer games we play in Buzz!™ The Mega Quiz.





Exhibit 2
Page 12



Exhibit 2
Page 13