# Exhibit 3


United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**TTABVUE. Trademark Trial and Appeal Board Inquiry System**



v1.4

## Summary

**Query:** Party Name contains all words: SONY COMPUTER ENTERTAINMENT EUROPE
and Proceeding Status is: ALL
**Number of results:** 10

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| 77043292 04/10/2008 | | Sony Computer Entertainment Europe Limited **Mark:** SING STORE **S#:**77043292 |
| 78653875 03/12/2008 | Sony Computer Entertainment Europe Limited **Mark:** SOCCER TRIBES **S#:**78653875 | Sierra Entertainment, Inc. |
| 78578012 10/25/2006 | | Sony Computer Entertainment Europe Limited **Mark:** GANGS OF LONDON **S#:**78578012 |
| 78409682 06/21/2006 | Sony Computer Entertainment Europe Limited **Mark:** WIFIRE **S#:**78409682 | Apple Computer, Inc. IFire Technology Corp |
| 78525239 04/05/2006 | Sony Computer Entertainment Europe Limited **Mark:** BUZZ **S#:**78525239 | Stealth Industries, Inc. Buzz Bee Toys, Inc. Board of Regents of the University System of Georgia DBA Georgia Institute of Technology |
| 78208031 12/11/2005 | Sony Computer Entertainment Europe Limited **Mark:** DOG'S LIFE **S#:**78208031 | Stealth Industries, Inc. Stealth Industries, Inc. |
| 78208031 07/22/2004 | | Sony Computer Entertainment Europe Limited **Mark:** DOG'S LIFE **S#:**78208031 |
| 91161309 07/12/2004 | Sony Computer Entertainment Europe Limited **Mark:** GHOSTHUNTER **S#:**78208009 | Adam J. Mason **Mark:** GHOST HUNTER **S#:**78303171 |
| 78208009 04/21/2004 | Sony Computer Entertainment Europe Limited **Mark:** GHOSTHUNTER **S#:**78208009 | Adam J. Mason **Mark:** GHOST HUNTER **S#:**78303171 Adam J. Mason |
| 76508538 01/15/2004 | Sony Computer Entertainment Europe Limited **Mark:** BRAVE **S#:**76508538 | ATLANTA NATIONAL LEAGUE BASEBALL CLUB, INC **Mark:** BRAVES |

Results as of 05/27/2008 05:37 PM

**Search again**

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Exhibit 3
Page 14