**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

<u>BUZZTIME ENTERTAINMENT</u>  v. <u>SONY COMPUTER ENTERTAINMENT</u>  No. <u>08CV122-W(LSP)</u>

<u>HON. LEO S. PAPAS</u>       <u>CT. DEPUTY JENNIFER JARABEK</u>     <u>Rptr.  2 H    </u>

<u>Attorneys</u>

| <u>Plaintiffs</u> | <u>Defendants</u> |
|---|---|
| Lisa Martens | Timothy Cahn |

Early Neutral Evaluation Conference held on August 6, 2008.

The Court *sua sponte* orders a protective order. The parties shall confer regarding the specific terms and conditions of the protective order and submit the same to the Court for review and approval.

Dates for further settlement conferences to be set by separate order.

\_\_X\_\_    Copies to:  Counsel of Record          \_\_\_\_\_  Notified by Telephone

DATED:  August 11, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge