```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    JAMES G. GILLILAND, JR.  (State Bar No. 107988)
 2  jggilliland@townsend.com
    TIMOTHY R. CAHN  (State Bar No. 162136)
 3  trcahn@townsend.com
    MEGAN M. CHUNG  (State Bar No. 232044)
 4  mmchung@townsend.com
    Two Embarcadero Center, 8th Floor
 5  San Francisco, CA  94111
    Telephone:  (415) 576-0200
 6  Facsimile:   (415) 576-0300

 7  Attorneys for Defendant
    SONY COMPUTER ENTERTAINMENT EUROPE LTD.
 8
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC., | Case No. 08 CV 0122 W LSP |
|---|---|
| Plaintiffs, | **NOTICE OF RENEWED MOTION AND RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION BY DEFENDANT SONY COMPUTER ENTERTAINMENT EUROPE LTD.** |
| v. | |
| SONY COMPUTER ENTERTAINMENT EUROPE LTD. and SONY COMPUTER ENTERTAINMENT AMERICA INC., | |
| Defendants. | **NO ORAL ARGUMENT PURSUANT TO LOCAL RULE**<br><br>Date: October 13, 2008<br>Time: 10:00 a.m.<br>     Courtroom 7, 3rd Floor<br>     Hon. Thomas J. Whelan |
| SONY COMPUTER ENTERTAINMENT AMERICA INC., | |
| Counter-Complainant, | |
| v. | |
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC., | |
| Counter-Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 13, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Thomas J. Whelan, Judge of the United States District Court, 940 Front Street, San Diego, California 92101, in Courtroom 7, 3rd Floor, Defendant Sony Computer Entertainment Europe Ltd. ("SCEE") will move this Court for a renewed motion to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

The Motion will be based on this Notice of Renewed Motion and Renewed Motion, the Memorandum of Points and Authorities in Support, the Declarations of Hogarth Andall and Timothy R. Cahn, the [Proposed] Order filed herewith, all of the files and records of this action, and on any additional material that may be elicited at the hearing of this Renewed Motion.

DATED: September 12, 2008          TOWNSEND AND TOWNSEND AND CREW LLP


By:/s/ Timothy R. Cahn
   JAMES G. GILLILAND, JR.  (State Bar No. 107988)
   jggilliland@townsend.com
   TIMOTHY R. CAHN  (State Bar No. 162136)
   trcahn@townsend.com
   MEGAN M. CHUNG  (State Bar No. 232044)
   mmchung@townsend.com

   Attorneys for Defendant
   SONY COMPUTER ENTERTAINMENT EUROPE LTD.

61501052 v1

- 1 -
Notice of Renewed Motion to Dismiss for Lack of Personal Jurisdiction
Case No. 08 CV 0122 W LSP