1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  jggilliland@townsend.com
   TIMOTHY R. CAHN (State Bar No. 162136)
3  trcahn@townsend.com
   MEGAN M. CHUNG (State Bar No. 232044)
4  mmchung@townsend.com
   Two Embarcadero Center, 8th Floor
5  San Francisco, CA 94111
   Telephone: (415) 576-0200
6  Facsimile: (415) 576-0300

7  Attorneys for Defendant
   SONY COMPUTER ENTERTAINMENT EUROPE LTD.
8

9              UNITED STATES DISTRICT COURT

10           SOUTHERN DISTRICT OF CALIFORNIA

11 | BUZZTIME ENTERTAINMENT, INC. and          Case No.    08 CV 0122 W LSP
   | NTN BUZZTIME, INC.,
12 |                                           **DECLARATION OF TIMOTHY R. CAHN**
   |                Plaintiffs,                 **IN SUPPORT OF SONY COMPUTER**
13 |                                           **ENTERTAINMENT EUROPE LTD.'S**
   |         v.                                 **RENEWED MOTION TO DISMISS FOR**
14 |                                           **LACK OF PERSONAL JURISDICTION**
   | SONY COMPUTER ENTERTAINMENT
15 | EUROPE LTD. and SONY COMPUTER
   | ENTERTAINMENT AMERICA INC.,
16 |
   |                Defendants.                 Hon. Thomas J. Whelan
17 |
18 |_____
   | SONY COMPUTER ENTERTAINMENT
19 | AMERICA INC.,
20 |                Counter-Complainant,
21 |         v.
22 | BUZZTIME ENTERTAINMENT, INC. and
   | NTN BUZZTIME, INC.,
23 |
24 |                Counter-Defendants.
25 |_____
26
27
28

I, Timothy R. Cahn, declare as follows:

1.     I am an attorney at Townsend and Townsend and Crew ("Townsend"), counsel to Defendant Sony Computer Entertainment Europe Ltd. ("SCEE") in this action. I submit this declaration in support of SCEE's motion to dismiss for lack of personal jurisdiction and insufficiency of service of process.

2.     Shortly after Townsend received a copy of the First Amended Complaint, Townsend used various internet resources to look up the identities of the owners and operators of the website and webpages referenced in the First Amended Complaint. Using the "WHOIS" databases of www.dnsstuff.com and www.networksolutions.com, I identified that co-defendant Sony Computer Entertainment America, Inc. ("SCEA") is the registrant for <playstation.com>.

3.     After receiving the First Amended Complaint, Townsend also commenced an investigation of the website <us.playstation.com> and web pages from that website mentioned in the First Amended Complaint. The website clearly states that it is hosted by SCEA and clicking the "Contact Us" link provides contact information for SCEA. Moreover, the website and web pages only provide information on SCEA's video game software and does not allow a method to purchase directly from <us.playstation.com>. Instead, the website provides a list of retailers from whom a consumer can purchase SCEA's products and a link to those retailer's websites.

4.     Attached as Exhibit A is a true and correct copy of the original memorandum of points and authorities filed by SCEE in support of its original motion to dismiss for lack of personal jurisdiction, filed under Docket No. 19-2.

5.     Attached as Exhibit B is a true and correct copy of the Declaration of Hogarth Andall in support of SCEE's original motion to dismiss for lack of personal jurisdiction, filed under Docket No. 19-3.

6.     Attached as Exhibit C is a true and correct copy of Plaintiffs' memorandum of points and authorities in support of Plaintiffs' opposition to SCEE's motion to dismiss, filed under Docket No. 23.

7.     Attached as Exhibit D is a true and correct copy of Declaration of Andrew Abrams in support of Plaintiffs' opposition and supporting exhibits, filed under Docket No. 23-2 through 23-5.

- 1 -

1      8.     Attached as Exhibit E is a true and correct copy of Declaration of Michael D. Tauber,

2  filed under Docket No. 23-6.

3      9.     Attached as Exhibit F is a true and correct copy of SCEE's Reply Memorandum, filed

4  under Docket No. 25.

5

6      I declare under penalty of perjury under the laws of the United States of America that the

7  foregoing is true and correct.  This Declaration was signed in San Francisco, California on

8  September 12, 2008.

9

10                         /s/ Timothy R. Cahn
                            Timothy R. Cahn

11 61491336 v1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. of Timothy Cahn In Support of Renewed Mot. to Dismiss For Lack of Personal Jurisdiction
Case No. 08 CV 0122 W LSP