# EXHIBIT D

Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-4735
Facsimile: (858) 678-5099

Attorneys for Plaintiffs
BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.,

Plaintiffs,

v.

SONY COMPUTER ENTERTAINMENT EUROPE, LTD. and SONY COMPUTER ENTERTAINMENT AMERICA, INC.,

Defendants.

Case No. 08 CV 0122 W LSP

**DECLARATION OF ANDREW M. ABRAMS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SONY COMPUTER ENTERTAINMENT EUROPE, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS**

Date: June 23, 2008
Time: 10:00 a.m.
Courtroom 7, 3rd Floor
Hon. Thomas J. Whelan

SONY COMPUTER ENTERTAINMENT AMERICA, INC.,

Counter-Complainant,

v.

BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.,

Counter-Defendants.

I, Andrew M. Abrams, declare under penalty of perjury that the following statements are true and correct:

1. I am an associate of the San Diego office of the law firm of Fish & Richardson P.C., counsel for the plaintiffs, Buzztime Entertainment, Inc. and NTN Buzztime, Inc. (collectively, "Plaintiffs" or "Buzztime").

2. Attached as Exhibit 1 is a true and correct copy of the Statement of Use filed by Defendant Sony Computer Entertainment Europe, Ltd. ("Defendant" or "SCEE") with the U.S. Patent and Trademark Office on March 19, 2008 in connection with its BUZZ! mark (Application Serial No. 78/637,682) ("Statement of Use").

3. Attached as Exhibit 2 are true and correct copies of the specimens of use submitted by SCEE to support its Statement of Use. The specimens consist of digital photographs of goods which are sold in the State of California.

4. At least five years after Buzztime's first commercial use of its trade name, SCEE filed three intent-to-use applications with the USPTO for BUZZ and BUZZ! in connection with various goods and services relating to interactive video and computer games.

5. According to the Statement of Use, on October 30, 2007, SCEE (or its related company or licensee) began to use the mark BUZZ! in U.S. commerce as the name of a trivia video game which is promoted on the Internet through websites located at http://www.us.playstation.com/.

6. On information and belief, the BUZZ! branded trivia video games marketed by SCEA are available for purchase in this jurisdiction from many large retailers, including: Walmart, Target, Best Buy, Circuit City, Game Stop and EB Games.

7. On information and belief, SCEE has an express or implied license or other agreement with Sony Computer Entertainment America, Inc. ("SCEA") whereby SCEA's actual use of the BUZZ! marks in California (and elsewhere in the U.S.) inures to the benefit of SCEE as the owner of such marks.

8. Despite Buzztime's repeated written notifications of trademark infringement and the filing and service of this Complaint, on information and belief, SCEA has, on behalf of

SCEE, continued the sale and promotion of the BUZZ! products in the United States and in this jurisdiction.

9. Attached as Exhibit 3 is a true and correct copy of a printout from the Trademark Trial and Appeal Board database showing proceedings involving SCEE.

10. SCEE's declaration does not discuss a trademark license with SCEA, nor whether SCEE obtains any revenue from the sales of BUZZ! products in the United States. Nor does the declaration deny that SCEE has sent promotional or sample items to its United States affiliate.

11. According to SEC filings made by SCEE's parent company, SCEE is part of a huge multi-national conglomerate that made over $78 Billion in revenues for the fiscal year ended March 31, 2008.

12. It is a typical practice for large corporations such as SCEE and its sister-companies to conduct extensive trademark searching, and to engage in substantial marketing and consumer studies prior to the launch of a new brand.

13. On information and belief, SCEE has a California sister-company and has engaged California counsel.

14. On information and belief, Buzztime has comparably little resources, while SCEE has enormous resources.

15. In its Amended Complaint, Buzztime seeks various injunctive and monetary remedies. Among them is an order from the Court that the Director of the USPTO order that Defendants are not entitled to any trademark registrations for the BUZZ Marks and any word, words, phrases, symbols, logos, or any combination of words or symbols that would create a likelihood of confusion, mistake, and/or deception therewith, including, without limitation, Defendants' Trademark Application Serial Numbers 78/625,529, 78/525,239, and 78/637,682.

16. According to U.S. Patent and Trademark records, Trademark Application Serial Numbers 78/625,529, 78/525,239, and 78/637,682 are owned solely by SCEE.

Executed this 6th day of June, 2008, at San Diego, California.

/s/ Andrew M. Abrams
Andrew M. Abrams

Case 3:08-cv-00122-W-LSP Document 23-2 Filed 06/06/2008 Page 4 of 5

**PROOF OF SERVICE**

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On June 6, 2008, I caused a copy of the following document(s):

**DECLARATION OF ANDREW M. ABRAMS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SONY COMPUTER ENTERTAINMENT EUROPE, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James G. Gilliland, Jr.<br>Timothy R. Cahn<br>Megan M. Chung<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 | Attorneys For Defendant<br>SONY COMPUTER ENTERTAINMENT EUROPE LTD |

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on June 6, 2008, at San Diego, California.

s/Nicole C. Pino
Nicole C. Pino

10838183.doc

Case 3:08-cv-00122-W-LSP Document 23-2 Filed 06/06/2008 Page 5 of 5

**EXHIBIT LIST**

| *Exhibit* | *Page No(s.)* |
| --- | --- |
| 1 | 4-8 |
| 2 | 9-13 |
| 3 | 14 |

# Exhibit 1

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78637682 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 101 |
| **NOTICE OF ALLOWANCE** | YES |
| **EXTENSION OF USE** | NO |
| **REQUEST TO DIVIDE** | NO |
| **MARK SECTION** | |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Angelo Notaro |
| **FIRM NAME** | 100 DUTCH HILL ROAD, SUITE 110 |
| **CITY** | ORANGEBURG |
| **STATE** | New York |
| **POSTAL CODE** | 10962-2100 |
| **COUNTRY** | United States |
| **PHONE** | (845) 359-7700 |
| **FAX** | (845) 359-7798 |
| **EMAIL** | nmpc@notaromichalos.com |
| **ATTORNEY DOCKET NUMBER** | J318-1[illegible] |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Angelo Notaro |
| **FIRM NAME** | NOTARO & MICHALOS P.C. |
| **STREET** | 100 DUTCH HILL ROAD, SUITE 110 |
| **CITY** | ORANGEBURG |
| **STATE** | New York |
| **POSTAL CODE** | 10962-2100 |
| **COUNTRY** | United States |
| **PHONE** | (845) 359-7700 |

Case 3:08-cv-00122-W-LSP Document 23-3 Filed 06/06/2008 Page 3 of 6

| | |
|---|---|
| FAX | (845) 359-7798 |
| EMAIL | anotaro@notaromichalos.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ATTORNEY DOCKET NUMBER | J909-031 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 028 |
| CURRENT IDENTIFICATION | HANDHELD UNITS FOR PLAYING ELECTRONIC GAMES |
| GOODS AND/OR SERVICES | DELETE ENTIRE CLASS |
| INTERNATIONAL CLASS | 016 |
| CURRENT IDENTIFICATION | Instructional manuals, and printed strategy guides for computer and video games; books in the field of quizzes and knowledge of trivia |
| GOODS AND/OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 10/30/2007 |
| FIRST USE IN COMMERCE DATE | 10/30/2007 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN1-68236170234-170917105_._J909-031-Specimen4.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS2\EXPORT15\786\376\78637682\xml1\SOU0002.JPG |
| | \\TICRS2\EXPORT15\786\376\78637682\xml1\SOU0003.JPG |
| | \\TICRS2\EXPORT15\786\376\78637682\xml1\SOU0004.JPG |
| SPECIMEN DESCRIPTION | Copy of applicant's goods displaying the mark. |
| INTERNATIONAL CLASS | 009 |
| CURRENT IDENTIFICATION | Computer hardware; computer and video game apparatus namely, joysticks, control pads, handheld interactive controllers; computer and video game tapes and cassettes; computer and video game programs; computer peripherals; prerecorded compact discs, video discs, DVD's, featuring computer and video game excerpts and content; compact disc, digital video disc and video disc recordings featuring computer and video game excerpts and content |
| GOODS OR SERVICES THIS FILING DOES NOT COVER | Computer hardware; joysticks, computer and video game tapes and cassettes; computer peripherals; prerecorded compact discs, video discs, compact disc, digital video disc |
| PROPOSED COMPLETE IDENTIFICATION AFTER DELETION | Computer and video game apparatus, namely, control pads, handheld interactive controllers; computer and video game programs; DVDs featuring computer and video game excerpts and content; video disc recordings featuring computer and video game excerpts and content |
| FIRST USE ANYWHERE DATE | 10/30/2007 |
| FIRST USE IN COMMERCE DATE | 10/30/2007 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT15\786\376 \78637682\xml1\SOU0005.JP G |
| | \\TICRS2\EXPORT15\786\376 \78637682\xml1\SOU0006.JP G |
| SPECIMEN DESCRIPTION | Digital photographs of applicant's goods and packaging displaying the mark. |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 2 |

| | |
|---|---|
| **SUBTOTAL AMOUNT** | 200 |
| **TOTAL AMOUNT** | 200 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /J909-031/ |
| **SIGNATORY'S NAME** | Angelo Notaro |
| **SIGNATORY'S POSITION** | Attorney of record |
| **DATE SIGNED** | 03/19/2008 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Wed Mar 19 17:55:40 EDT 2008 |
| **TEAS STAMP** | USPTO/SOU-68.236.170.234-20080319175540415252-78637682-400a6cdc217591f1d0c0c8ec88f6e7134-CC-3225-20080319170917105669 |

PTO Form 1553 (Rev 3/2008)
OMB Control #0651-0009 (Exp 06/30/2008)

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** BUZZ! (stylized and/or with design)
**SERIAL NUMBER:** 78637682

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Sony Computer Entertainment Europe Limited, having an address of 30 Golden Square, London, United Kingdom W1F 9LD, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class 028:
Current identification: HANDHELD UNITS FOR PLAYING ELECTRONIC GAMES

The applicant, or the applicant's related company or licensee, is NOT using the mark in commerce on or in connection with any of the goods and/or services listed in either the application or Notice of Allowance, or as subsequently modified. This entire class is to be deleted from the application.

For International Class 016:
Current identification: Instructional manuals, and printed strategy guides for computer and video games; books in the field of quizzes and knowledge of trivia

The applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 10/30/2007, and first used in commerce at least as early as 10/30/2007, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Copy of applicant's goods displaying the mark..

**Original PDF file:**
SPN1-68236170234-170917105_._J909-031-Specimen4.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

For International Class 009:
Current identification: Computer hardware; computer and video game apparatus namely, joysticks, control pads, handheld interactive controllers; computer and video game tapes and cassettes; computer and video game programs; computer peripherals; prerecorded compact discs, video discs, DVD's, featuring computer and video game excerpts and content; compact disc, digital video disc and video disc recordings featuring computer and video game excerpts and content

The applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance, except the following: Computer hardware; joysticks, computer and video game tapes and cassettes; computer peripherals; prerecorded compact discs, video discs, compact disc, digital video disc.

The following is proposed as the complete final identification once the specific good(s) or service(s) identified above is deleted: Computer and video game apparatus, namely, control pads, handheld interactive controllers; computer and video game programs; DVDs featuring computer and video game excerpts and content; video disc recordings featuring computer and video game excerpts and content. The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 10/30/2007, and first used in commerce at least as early as 10/30/2007, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Digital photographs of applicant's goods and packaging displaying the mark..
Specimen File1
Specimen File2

The applicant hereby appoints Angelo Notaro of NOTARO & MICHALOS P.C., 100 DUTCH HILL ROAD, SUITE 110, ORANGEBURG, New York United States 10962-2100 to submit this Trademark/Service Mark Statement of Use on behalf of the applicant. The attorney docket/reference number is J909-031.

A fee payment in the amount of $200 will be submitted with the form, representing payment for 2 classes.

**Declaration**

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /J909-031/ Date Signed: 03/19/2008
Signatory's Name: Angelo Notaro
Signatory's Position: Attorney of record

Mailing Address:
100 DUTCH HILL ROAD, SUITE 110

ORANGEBURG, New York 10962-2100

Mailing Address:
NOTARO & MICHALOS P.C.

100 DUTCH HILL ROAD, SUITE 110
ORANGEBURG, New York 10962-2100

RAM Sale Number: 3225
RAM Accounting Date: 03/20/2008

Serial Number: 78637682
Internet Transmission Date: Wed Mar 19 17:55:40 EDT 2008
TEAS Stamp: USPTO/SOU-68.236.170.234-200803191755404
15252-78637682-400a6cdc217591f1d0c0c8ec8
8f6e7134-CC-3225-20080319170917105669
Go Back

# Exhibit 2



BUZZ!
THE MEGA QUIZ
EVERYONE 10+
ESRB

**Exhibit 2**
**Page 9**



⚠ WARNING: PHOTOSENSITIVITY/EPILEPSY/SEIZURES

READ BEFORE USING YOUR PLAYSTATION®2 COMPUTER ENTERTAINMENT SYSTEM.

Use and handling of video games to reduce the likelihood of a seizure

WARNING TO OWNERS OF PROJECTION TELEVISIONS

HANDLING YOUR PLAYSTATION®2 FORMAT DISC

Game Hint Guide Information

PlayStation Underground Game Guides ... www.us.playstation.com

Consumer Service/Technical Support Line 1-800-345-7669

CONTENTS

Setting Up ..... 2

Using the BUZZ!™ Buzzers ..... 3

Getting Started ..... 4

Main Menu ..... 4

Play BUZZ!™ ..... 5

Playing BUZZ!™: The Mega Quiz ..... 9

Credits ..... 14

1


Case 3:08-cv-00122-W-LSP Document 23-4 Filed 06/06/2008 Page 4 of 6

## TIME BUILDER

In this round, answering questions correctly will build up the amount of time that you will have to gain points in the Hotseat round.

## HOTSEAT

Hotseat is the final Single Player round, where you use the time that you accumulated in the Time Builder round to answer difficult questions and score as many points as you can. Be careful though: answer a question wrong and you will lose any points that you have yet to bank!

## MULTIPLAYER MODE

[illegible]

PLEASE NOTE: some rounds are only [illegible] game.

Here's a [illegible] in Buzz!™: The Mega Quiz.

### POINT PICKER

A great round to kick off with. Point Picker lets you build up some points.

### FASTEST FINGER

The quicker you buzz, the more points you'll get.

### PIE FIGHT

Answer correctly to punish an opponent with a [illegible] cream pie. Don't splat yourself in the face though.

### GLOBETROTTER

[illegible] No passport needed!

### POINT STEALER

[illegible] yourself.

### THE FINAL COUNTDOWN

[illegible] Buzz!™: The Mega Quiz.

Exhibit 2
Page 11
Exhibit 2
Page 12



Exhibit 2
Page 13

# Exhibit 3

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

TTABVUE. Trademark Trial and Appeal Board Inquiry System v1.4

## Summary

**Query:** Party Name contains all words: SONY COMPUTER ENTERTAINMENT EUROPE
**and** Proceeding Status is: ALL
**Number of results:** 10

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| 77043292<br>04/10/2008 | | Sony Computer Entertainment Europe Limit ed<br>**Mark:** SING STORE **S#:**77043292 |
| 78653875<br>03/12/2008 | Sony Computer Entertainment Europe Limit ed<br>**Mark:** SOCCER TRIBES **S#:**78653875 | Sierra Entertainment, Inc. |
| 78578012<br>10/25/2006 | | Sony Computer Entertainment Europe Limit ed<br>**Mark:** GANGS OF LONDON **S#:**78578012 |
| 78409682<br>06/21/2006 | Sony Computer Entertainment Europe Limit ed<br>**Mark:** WIFIRE **S#:**78409682 | Apple Computer, Inc.<br>IFire Technology Corp |
| 78525239<br>04/05/2006 | Sony Computer Entertainment Europe Limit ed<br>**Mark:** BUZZ **S#:**78525239 | Stealth Industries, Inc.<br>Buzz Bee Toys, Inc.<br>Board of Regents of the University System of Georgia DBA Georgia Institute of Technology |
| 78208031<br>12/11/2005 | Sony Computer Entertainment Europe Limit ed<br>**Mark:** DOG'S LIFE **S#:**78208031 | Stealth Industries, Inc.<br>Stealth Industries, Inc. |
| 78208031<br>07/22/2004 | | Sony Computer Entertainment Europe Limit ed<br>**Mark:** DOG'S LIFE **S#:**78208031 |
| 91161309<br>07/12/2004 | Sony Computer Entertainment Europe Limited<br>**Mark:** GHOSTHUNTER **S#:**78208009 | Adam J. Mason<br>**Mark:** GHOST HUNTER **S#:**78303171 |
| 78208009<br>04/21/2004 | Sony Computer Entertainment Europe Limit ed<br>**Mark:** GHOSTHUNTER **S#:**78208009 | Adam J. Mason<br>**Mark:** GHOST HUNTER **S#:**78303171<br>Adam J. Mason |
| 76508538<br>01/15/2004 | Sony Computer Entertainment Europe Limit ed<br>**Mark:** BRAVE **S#:**76508538 | ATLANTA NATIONAL LEAGUE BASEBALL CLUB, INC<br>**Mark:** BRAVES |

Results as of 05/27/2008 05:37 PM

**Search again**

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Exhibit 3
Page 14