# EXHIBIT E

Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-4735
Facsimile: (858) 678-5099

Attorneys for Plaintiffs
BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SONY COMPUTER ENTERTAINMENT EUROPE, LTD. and SONY COMPUTER ENTERTAINMENT AMERICA, INC., <br><br> Defendants. | Case No. 08 CV 0122 W LSP <br><br> **DECLARATION OF MICHAEL D. TAUBER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SONY COMPUTER ENTERTAINMENT EUROPE, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS** <br><br> Date: June 23, 2008 <br> Time: 10:00 a.m. <br> Courtroom 7, 3rd Floor <br> Hon. Thomas J. Whelan |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA, INC., <br><br> Counter-Complainant, <br><br> v. <br><br> BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC., <br><br> Counter-Defendants. | |

Case No. 08 CV 0122 W LSP

1   I, Michael D. Tauber, declare under penalty of perjury that the following statements
are true and correct:

   1.   I am the Executive Vice President Content & Marketing for the plaintiffs, Buzztime Entertainment, Inc. and NTN Buzztime, Inc., (collectively, "Plaintiffs" or "Buzztime"). Except for those matters set forth on information and belief, I make this declaration of my own knowledge and could and would competently testify as to the matters set forth below if called upon to do so. As for the matters set forth on information and belief, I have been informed that they are true and, based upon such information, I believe them to be true.

   2.   Since their introduction in 1985, Buzztime's video games have become extremely popular and widely recognized. Buzztime's trivia game shows, quizzes, trivia content and related competitions as well as multiplayer card games, and Play-Along Sports™ games have been played by millions of loyal players at home and in restaurants and sports bars via the Buzztime Network, which is viewed by the players on television screens.

   3.   Buzztime owns one of the world's largest databases of game show trivia, which includes questions, answers, clues and fun facts.

   4.   Buzztime estimates that its games are played by over 13 million people each year.

   5.   Buzztime offers its games to subscribers via satellite and cable television and over the Internet. It also sells a home television game console version, including accessories such as additional wireless game controllers and trivia content cartridges, and hand-held versions of the BUZZTIME trivia video game in retail stores and via the Internet.

   6.   Buzztime is the owner of a family of trademarks containing the word "BUZZ" that are used in connection with these interactive games. BUZZTIME owns the following United States trademark registrations: Reg. No. 3,294,791 for BUZZTIME; Reg. No. 2,460,367 for BUZZTIME; Reg. No. 2,908,923 for BUZZKIDS; Reg. No. 2,961,762 for BUZZHEAD; Reg. No. 2,583,460 for SHARE THE BUZZ; Reg. No. 3,316,718 for BUZZTIME PLAY ALONG TV; and Reg. No. 3,424,104 for BUZZPOINTS.

7. "Buzztime" has been used in various forms as part of the company's trade name since at least as early as 1999.

8. Buzztime's rights in the BUZZTIME trademark for use in connection with interactive video games and related goods and services date back to at least as early as February, 2000.

9. Buzztime has spent considerable time, money and effort over the years promoting its trade name, its BUZZTIME mark and its family of "BUZZ" trademarks and developing customer recognition and goodwill in its trademarks.

10. SCEE's sister-company, Sony Trans Com, a leading inflight entertainment (IFE) system and service provider, announced in September 1997 an agreement with Plaintiffs' NTN Network to supply trivia games for Sony Trans Com's enComp@ss program for inflight entertainment services. As a result of this agreement, the NTN Network agreed to provide Sony's standard body airline customers with interactive, two-way, multi-player trivia games.

11. All of Buzztime's employee-witnesses, and all of its documents relevant to this litigation, are in California.

Executed this 5th day of June, 2008, at San Diego, California.

_____

2                                                   Case No. 08 CV 0122 W LSP

# PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On June 6, 2008, I caused a copy of the following document(s):

**DECLARATION OF MICHAEL D. TAUBER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SONY COMPUTER ENTERTAINMENT EUROPE, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF PROCESS**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| James G. Gilliland, Jr.<br>Timothy R. Cahn<br>Megan M. Chung<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 | Attorneys For Defendant<br>SONY COMPUTER<br>ENTERTAINMENT EUROPE LTD |

[X] MAIL:   Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on June 6, 2008, at San Diego, California.

                              s/Nicole C. Pino
                              Nicole C. Pino

10838201.doc

3

Case No. 08 CV 0122 W LSP