1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR.  (State Bar No. 107988)
2  jggilliland@townsend.com
   TIMOTHY R. CAHN  (State Bar No. 162136)
3  trcahn@townsend.com
   MEGAN M. CHUNG  (State Bar No. 232044)
4  mmchung@townsend.com
   Two Embarcadero Center, 8th Floor
5  San Francisco, CA  94111
   Telephone:  (415) 576-0200
6  Facsimile:   (415) 576-0300

7  Attorneys for Defendant and Counter-Complainant
   SONY COMPUTER ENTERTAINMENT AMERICA INC.
8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11 BUZZTIME ENTERTAINMENT, INC. and          Case No.   08 CV 0122 W LSP
   NTN BUZZTIME, INC.,
12                                           **CERTIFICATE OF SERVICE OF
                  Plaintiffs,                MEMORANDUM OF POINTS AND
13                                           AUTHORITIES IN SUPPORT OF SONY
        v.                                   COMPUTER ENTERTAINMENT
14                                           EUROPE LTD.'S RENEWED MOTION
   SONY COMPUTER ENTERTAINMENT               TO DISMISS FOR LACK OF PERSONAL
15 EUROPE LTD. and SONY COMPUTER             JURISDICTION AND SUPPORTING
   ENTERTAINMENT AMERICA INC.,               DECLARATION**
16
                  Defendants.
17
   ─────────────────────────────────
18
   SONY COMPUTER ENTERTAINMENT
19 AMERICA INC.,

20                Counter-Complainant,

21      v.

22 BUZZTIME ENTERTAINMENT, INC. and
   NTN BUZZTIME, INC.,
23
                  Counter-Defendants.
24

25

26

27      I declare that I am employed in the City and County of San Francisco, California; I am over

28 the age of 18 years and not a party to the within action; my business address is Two Embarcadero

- 1 -

Center, Eighth Floor, San Francisco, California 94111. On September 12, 2008, I served a true and accurate copy of the document(s) entitled:

1. **NOTICE OF RENEWED MOTION AND RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION BY DEFENDANT SONY COMPUTER ENTERTAINMENT EUROPE LTD.**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SONY COMPUTER ENTERTAINMENT EUROPE LTD.'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

3. **DECLARATION OF TIMOTHY R. CAHN IN SUPPORT OF SONY COMPUTER ENTERTAINMENT EUROPE LTD.'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

4. **[PROPOSED] ORDER GRANTING DEFENDANT SONY COMPUTER ENTERTAINMENT EUROPE LTD.'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (Doc. No. ____)**

on the party(ies) in this action as follows:

Lisa M. Martens
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  858-678-5070
Facsimile:  858-678-5099
E-Mail:  martens@fr.com

*Attorney for Plaintiffs and Counter-Defendants*
*BUZZTIME ENTERTAINMENT, INC. and*
*NTN BUZZTIME, INC.*

☒   [By Court's Electronic Filing System]  I caused said document to be filed electronically and a notice to be sent to all parties by operation of the Court's electronic filing system.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  September 12, 2008          /s/ Timothy R. Cahn
                                    Timothy R. Cahn

**CERTIFICATE OF SERVICE**

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: **CERTIFICATE OF SERVICE OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SONY COMPUTER ENTERTAINMENT EUROPE LTD.'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND SUPPORTING DECLARATION** on the party(ies) in this action as follows:

Lisa M. Martens
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099
E-Mail: martens@fr.com

*Attorney for Plaintiffs and Counter-Defendants*
*BUZZTIME ENTERTAINMENT, INC. and*
*NTN BUZZTIME, INC.*

☒     [By Court's Electronic Filing System] I caused said document to be filed electronically and a notice to be sent to all parties by operation of the Court's electronic filing system.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: September 12, 2008          /s/ Timothy R. Cahn
                                    Timothy R. Cahn

61501295 v1

- 3 -