To Return

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION

**NUNC PRO TUNC**

BEFORE MASTER EYRE        SEP 8 2008

FILED
SEP 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CLAIM NUMBER
SFP 2008-6125

08cv122 W LSP

## RE:-SONY COMPUTER ENTERTAINMENT EUROPE LTD

### ORDER

**UPON READING THE** Bailiff's endorsement on the Certificate of Service of Foreign Process and of the Court's own motion

**IT IS ORDERED THAT** there be permission to serve by first class post at the following registered address:

SONY COMPUTER ENTERTAINMENT EUROPE LTD
10 GREAT MARLBOROUGH STREET
LONDON
W1F 7LP



**DATED** 11/8/08

SFP: 2008-6125
Ref:

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) **13 August 2008**
que le demande a ete executee      le (date)

-at (place, street, number)      **SONY COMPUTER ENTERTAINMENT EUROPE LTD**
-a (localite, rue, numero)       **10 GREAT MARLBOROUGH STREET**
                                 **LONDON**
                                 **W1F 7LP**

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
**x- a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)**

b) in accordance with the following particular method    **served via 1st class post**
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

~~2) that the document has not been served, by reason of the following facts:~~
~~que la demande n'a pas ete executee, en raison des faits suivants:~~

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees                              Done at London
                                              fait a

in appropriate cases, documents               the 2 September, 2008
establishing the service:                     le
le cas echeant, les documents
justicatifs de l'execution:                   Signature and/or stamp:
                                              Signature et/ou cachet:

[Stamp: SUPREME COURT OF ENGLAND, -2 SEP 2008, QBD, FOREIGN PROCESS SECTION]

FILED

1  Lisa M. Martens (#195824/martens@fr.com)
   Andrew M. Abrams (#229698/abrams@fr.com)  08 JAN 22 PM 4:18
2  FISH & RICHARDSON, P.C.
   12390 El Camino Real                      CLERK, U.S. DISTRICT COURT
3  San Diego, CA 92130                       SOUTHERN DISTRICT OF CALIFORNIA
   Telephone: (858) 678-4735
4  Facsimile: (858) 678-5099                 BY: _____ DEPUTY

5  Attorneys for Plaintiffs
   BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
                                              '08 CV 0122 W LSP
11 BUZZTIME ENTERTAINMENT, INC. and    Civil Case No.
   NTN BUZZTIME, INC.
12                                     **COMPLAINT FOR:**

13         Plaintiffs,                 1. Trademark Infringement - 15 U.S.C.
                                          § 1114(1)
14      v.                             2. Trademark Infringement, Unfair
                                          Competition, and False Designation of
15 SONY COMPUTER ENTERTAINMENT            Origin - 15 U.S.C. § 1125(a)
   EUROPE LIMITED,                     3. Trademark Infringement - Cal. Bus. &
16                                        Prof. Code § 14335 *et seq.*
           Defendant.                  4. Unfair Competition - Cal. Bus. & Prof.
17                                        Code §§ 17200 *et seq.*
                                       5. Common Law Trademark Infringement
18
                                       **JURY TRIAL DEMANDED**
19
                                            **FILE BY FAX**
20

21

22

23

24

25

26

27

28
                                       1
                                                                    COMPLAINT
                                                                    Case No.

Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-4735
Facsimile: (858) 678-5099

Attorneys for Plaintiffs
BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE, LTD. and SONY COMPUTER ENTERTAINMENT AMERICA, INC.,<br><br>Defendants. | Civil Case No. 08 CV 0122 W LSP<br><br>**FIRST AMENDED COMPLAINT FOR:**<br><br>1. Trademark Infringement - 15 U.S.C. § 1114(1)<br>2. Trademark Infringement, Unfair Competition, and False Designation of Origin - 15 U.S.C. § 1125(a)<br>3. Trademark Infringement - Cal. Bus. & Prof. Code § 14335 *et seq.*<br>4. Unfair Competition - Cal. Bus. & Prof. Code §§ 17200 *et seq.*<br>5. Common Law Trademark Infringement<br><br>**JURY TRIAL DEMANDED** |

1

Case No. 08 CV 0122 W LSP

AO 440 (Rev. 10/93) Summons in a Civil Action

BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.

Plaintiffs,

v.

SONY COMPUTER ENTERTAINMENT EUROPE LTD and SONY COMPUTER ENTERTAINMENT AMERICA, INC.

Defendant.

FILED
08 FEB 25 PM 2:50

SUMMONS IN A CIVIL CASE
SOUTHERN DISTRICT OF CALIFORNIA
On Amended Complaint

Case Number: 08 CV 0122 W LSP

BY: CP   DEPUTY

TO:

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (names and address)

Lisa M. Martens
Andrew M. Abrams
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: 858-678-5070
Fax: 858-678-5099

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. Samuel Hamrick, Jr.
Clerk


C. PUTMANN
(By) Deputy Clerk

Date 2/22/08

Lisa M. Martens (#195824/martens@fr.com)
Andrew M. Abrams (#229698/abrams@fr.com)
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-4735
Facsimile:  (858) 678-5099

Attorneys for Plaintiffs
BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.

FILED

08 JAN 22 PM 4:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUZZTIME ENTERTAINMENT, INC. and NTN BUZZTIME, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT EUROPE LIMITED,<br><br>Defendant. | Civil Case No. 08 CV 0122 W LSP<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**FILE BY FAX** |

Pursuant to Local Civil Rule 40.2:

1.   Plaintiff Buzztime Entertainment, Inc. states that it is a wholly owned subsidiary of NTN Buzztime, Inc.  NTN Buzztime, Inc. is a publicly held company.

2.   Plaintiff NTN Buzztime, Inc. states that more than 10% of its stock is owned by the publicly held company Fidelity National Financial, Inc.