1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  BUZZTIME ENTERTAINMENT, INC. and<br>12  NTN BUZZTIME, INC., | Case No. 08 CV 0122 MMA (POR) |
| | **ORDER GRANTING JOINT MOTION**<br>**FOR DISMISSAL WITH PREJUDICE** |
| 13             Plaintiffs, | |
| | [Doc. No. 67] |
| 14        v. | |
| 15  SONY COMPUTER ENTERTAINMENT<br>EUROPE, LTD. and SONY COMPUTER<br>16  ENTERTAINMENT AMERICA, INC., | |
| 17             Defendants. | |
| 18  SONY COMPUTER ENTERTAINMENT<br>AMERICA, INC., | |
| 19             Counter-Complainant, | |
| 20 | |
| 21        v. | |
| 22  BUZZTIME ENTERTAINMENT, INC. and<br>NTN BUZZTIME, INC., | |
| 23             Counter-Defendants. | |

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

This matter came before the Court on the parties' Joint Motion for Dismissal of this action in its entirety with prejudice. For good cause shown the Court **GRANTS** the Joint Motion and the case is **DISMISSED** with prejudice.  The Clerk of Court is instructed to enter final judgment accordingly and terminate the case.

**IT IS SO ORDERED**.

Dated:  January 6, 2010

_____
HON. MICHAEL M. ANELLO
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28